EXHIBIT A



**GOOGLE LLC WELFARE BENEFIT PLAN**

**"WRAP" SUMMARY PLAN DESCRIPTION**

**2018**

EXHIBIT A



**TABLE OF CONTENTS**

INTRODUCTION
    Overview
    Plan Contact Information
    Address Changes

ADMINISTRATIVE INFORMATION

GLOSSARY

ENROLLMENT
    New Hires – Automatic Enrollment
    New Hires – Enrollment Required
    No Automatic Enrollment in Dental & Vision if Enroll in Medical
    Open Enrollment
    Enrollment in the Stanford Accountable Care Plan or the Pittsburgh Health Care Plan
    Eligible Dependents
    Mid-Year Election Enrollment (Medical, Dental and Vision): Qualified Medical Child Support Orders
    Mid-Year Enrollment (Medical, Dental and Vision): HIPAA Special Enrollment Events
    Mid-Year Election Changes (Pre-tax Benefits and Prepaid Legal Services): Change in Status Events

EMPLOYEE CONTRIBUTIONS
    Pre-Tax Payroll Deductions:
    Medical, Dental & Vision Benefits
    Post-Tax Payroll Deductions
    Important Domestic Partner Tax Considerations

WHEN YOUR COVERAGE ENDS
    When Coverage Ends
    Retroactive Rescission of Coverage
    Coverage During Leave of Absence
    Military Leave

COBRA CONTINUATION COVERAGE
    When You May Elect COBRA Coverage
    Applying for COBRA Coverage
    When COBRA Coverage Ends

EXHIBIT A



FILING CLAIMS & APPEALS
    Claims for Eligibility Determinations
    Claims For Benefits: Deadline to File Claims
    Claims for Benefits: Initial Claims
        Medical, Dental, Vision, Employee Assistance Program, Wellness Centers
            Urgent Claims
            Pre-Service Claims
            Post-Service Claims
            Concurrent Care Claims
        Disability Claims
        Life, AD&D, Travel Insurance, Business Travel Accident Insurance, Prepaid Legal Services
    Claims for Benefits: Appeals
        Medical, Dental, Vision, Employee Assistance Program, Wellness Centers
            Urgent Claims
            Pre-Service Claims
            Post-Service Claims
        Disability Claims
        Life, AD&D, Travel Insurance, Business Travel Accident Insurance, Prepaid Legal Services
    Claims for Benefits: Notice of Determination
    Claims for Benefits: External Review
    Deadline to Bring Legal Action

COORDINATION OF BENEFITS
    Coordination with Other Plans
    Order of Benefit Determination
    Facility of Payment

RIGHT OF RECOVERY / SUBROGATION
    Reimbursement to Plan if You Recover Payment for an Injury or Illness
    Plan's Right to Subrogation
    Equitable Lien
    Notice
    Waiver

OTHER LEGAL INFORMATION
    Applicable Law
    Plan Amendment & Termination
    Merger or Consolidation

EXHIBIT A



Nonalienation of Benefits

Missing Persons

Uncashed Checks

Plan's Right to Recover Overpayments

LEGAL NOTICES

HIPAA Privacy Notice

CHIPRA Notice

Medicare Part D Notice

Women's Health & Cancer Rights Act

Newborns' & Mothers' Health Protection Act

Summaries of Benefits & Coverage (SBCs)

ERISA Rights Statement

Receive Information About Your Plan and Benefits

Continue Group Health Plan Coverage

Prudent Action by Plan Fiduciaries

Enforce Your Rights

Assistance With Your Questions

APPENDIX A

BENEFITS UNDER THE PLAN & CONTACT INFORMATION

MAJOR MEDICAL BENEFITS

DENTAL & VISION BENEFITS

DISABILITY BENEFITS

LIFE AND TRAVEL INSURANCE BENEFITS

WELLNESS BENEFITS

APPENDIX B

PARTICIPATING EMPLOYERS

EXHIBIT A



# INTRODUCTION

**Overview**

The Google LLC Welfare Benefit Plan (the "Plan") is an employer-sponsored health and welfare employee benefit plan.  A detailed list of benefit types provided under the Plan, along with contact information and more information about how to access Benefits Booklets/Summaries, Frequently Asked Questions, and/or Insurance Policies/Evidence of Coverage describing these benefits, can be found at Appendix A.  Unless otherwise noted in Appendix A,  the benefits under the Plan are governed under ERISA.

The terms and conditions of the Plan are set forth in this Summary Plan Description, the formal Plan Document, Insurance Policies/Evidence of Coverage, and Benefits Booklets/Summaries related to the benefits under the Plan.  Together, these documents are incorporated by reference into the formal Plan Document and constitute the written instruments under which the Plan is established and maintained.  An amendment to one of these documents constitutes an amendment to the Plan.

This Summary Plan Description should be read in connection with any applicable Insurance Policy/Evidence of Coverage or Benefits Booklet/Summary provided by the Insurers or Claims Administrators listed at Appendix A.  Unless otherwise noted, if there is a conflict between a specific provision under the Plan Document and a Benefit Booklet/Summary, Insurance Policy/Evidence of Coverage, or this Summary Plan Description, the Plan Document controls.  If the Plan Document is silent on a specific issue, then the Summary Plan Description controls on that issue, except where the Summary Plan Description refers to a Benefits Booklet/Summary or Insurance Policy/Evidence of Coverage, in which case the Benefits Booklet/Summary or Insurance Policy/Evidence of Coverage control.  If both the Plan Document and Summary Plan Description are silent, the terms of the applicable Insurance Policy/Evidence of Coverage or Benefits Booklet/Summary controls.  However, with respect to fully insured benefits, the terms of the certificate of insurance coverage or Insurance Policy/Evidence of Coverage control when describing specific benefits that are covered or insurance-related terms.  See Appendix A to determine whether a particular benefit is self-funded by the Company or fully insured by the Insurer.

Google LLC reserves the right to change, amend, suspend, or terminate any or all of the benefits under this Plan, in whole or in part, at any time for any reason at its sole discretion.

**Plan Contact Information**

Questions concerning this Plan can be directed to the Plan Administrator listed in the Administrative Information section or the applicable Insurer or Claims Administrator listed at Appendix A.

EXHIBIT A



**Address Changes**

You should promptly update your address, and keep it updated, with the Workday system (**go/Workday**).

EXHIBIT A



## ADMINISTRATIVE INFORMATION

| | |
|---|---|
| **Plan Name & Number** | Google LLC Welfare Benefit Plan (502) |
| **Plan Sponsor** | Google LLC<br><br>1600 Amphitheatre Parkway<br><br>Mountain View, CA  94043<br><br>650-499-1919 |
| **Employer Identification Number** | 77-0493581 |
| **Plan Administrator & Agent for Service of Legal Process** | Administrative Committee, Google LLC Welfare Benefit Plan<br><br>**℅ US Benefits Department**<br><br>1600 Amphitheatre Parkway<br><br>Mountain View, CA  94043<br><br>650-499-1919 |
| **Plan Year** | Calendar Year |
| **Plan Type** | Health and welfare benefits, including medical, dental, vision, disability, life, employee assistance, wellness, on-site wellness clinic services, and prepaid legal services. |
| **Administration & Funding** | Self-funded benefits are administered by the Claims Administrators listed at Appendix A.<br><br>Insured benefits are administered by the Insurers listed at Appendix A. Fully insured benefits will be paid out of the Insurance Policies listed at Appendix A. |

EXHIBIT A



| Source of Contributions | Contributions will be paid out of the Company's general assets and through contributions paid by Eligible Employees, in the amounts determined by the Company in its discretion. |
|---|---|

EXHIBIT A



**GLOSSARY**

| Benefits Booklet or Benefits Summary | The benefits booklets or summaries of benefits provided by the Claims Administrators listed at Appendix A that describe the benefits that are self-funded by Google LLC |
|---|---|
| Claims Administrator | A third party that makes claims determinations under the Plan pursuant to a contractual arrangement with the Company. Claims Administrators process your claims with respect to the benefits that are self-funded by the Company. These third party administrators do not insure any benefits under the Plan. Appendix A lists the Claims Administrators and which benefits are self-funded by the Company. |
| COBRA | The Consolidated Omnibus Budget Reconciliation Act, which provides continuation coverage for certain benefits when an Eligible Employee or Dependent has experienced a loss of coverage due to a qualifying event. |
| Company | Google LLC, and any successor that shall maintain this Plan, any predecessor that has maintained this Plan, and any affiliates that are designated to participate in the Plan. |
| Dependent Child | A child of the Eligible Employee, or a Domestic Partner, who is under the age of 26 and who is such Eligible Employee's or Domestic Partner's: <br><br>● natural child; <br><br>● adopted child or child placed for adoption; <br><br>● stepchild; or <br><br>● foster child. <br><br>A Dependent Child also includes a child, who is under the age of 26, of whom an Eligible Employee or Domestic Partner has court-ordered legal guardianship,* provided that (a) the child is related to the Eligible Employee or is living as a member of the Eligible Employee's household, (b) the Eligible Employee provides more than half of the child's support; and (c) for federal tax purposes, the child is not a dependent of a taxpayer other than the Eligible Employee or Domestic Partner (whichever has legal guardianship). Children of whom the Eligible Employee or Domestic Partner have mere custody, have only temporary guardianship, or do not have guardianship over the person and the estate, are not eligible for coverage. <br><br>* The court order providing for such legal guardianship must: (i) provide for full, unrestricted and plenary guardianship over the child's |

9

EXHIBIT A



| | |
|---|---|
| | person and estate, and (ii) state the familial relationship between the guardian and the child. Eligibility for such a Dependent Child in this category will end if/when the legal guardianship underlying the relationship ends, whether by operation of law or as a matter of fact, or any of the other requirements no longer exist.<br><br>A Dependent Child also includes an unmarried child of any age, if the child is mentally or physically incapable of self-support and was covered by this Plan or, with respect to new hires, another group health plan, immediately prior to the onset of the disability, provided that (a) the child is related to the Eligible Employee or is living as a member of the Eligible Employee's household, (b) the Eligible Employee provides more than half of the child's support; and (c) for federal tax purposes, the child is not a dependent of a taxpayer other than the Eligible Employee or, in the case of Domestic Partner's child, the Domestic Partner.  For purposes of this rule, the Eligible Employee must present evidence that the child is disabled (i.e., mentally or physically incapable of self-support) in accordance with rules, and within time frames, established by the Plan Administrator and/or the Claims Administrator, where applicable. |
| **Domestic Partner** | A same or opposite sex domestic partner as identified on a valid affidavit of domestic partnership on record with the Company, which shall certify that each of the Googler and the Googler's partner:<br><br>● is 18 years of age or older;<br><br>● shares a committed and exclusive personal relationship with the other and is responsible for the other's common welfare;<br><br>● is the other's sole domestic partner;<br><br>● is not related to the other by blood closer than would bar a marriage in the state of residence;<br><br>● has shared the same regular and permanent residence, with the current intent to continue doing so indefinitely;<br><br>● is jointly financially responsible for "basic living expenses," defined as the cost of basic food, shelter and any other expenses incurred as part of the relationship;<br><br>● was mentally competent to consent to the relationship when the relationship began; and |

EXHIBIT A



| | |
|---|---|
| | ● is not married |
| **Eligible Dependents** | A person who is a Spouse, Domestic Partner, or a Dependent Child of an Eligible Employee.  A Domestic Partner's child may also qualify as an Eligible Dependent if the child meets the definition of Dependent Child above. |
| **Eligible Employee** | Subject to the applicable Insurance Policy/Evidence of Coverage or Benefits Booklet/Summary provided by the Insurers or Claims Administrators listed at Appendix A:<br><br>An individual currently employed by Google LLC or a Participating Employer listed at Appendix B whom Google LLC or the Participating Employer contemporaneously regards, classifies, or treats as a U.S. domestic regular employee scheduled to work twenty (20) or more hours per week for at least five (5) months in any calendar year.<br><br>An Eligible Employee does not include any individuals whom Google LLC or a Participating Employer contemporaneously regards, classifies, or treats as (i) leased employees (whether or not within the meaning of Code section 414(n)), staffing, payroll or temporary agency employees, independent contractors, or consultants, even if such persons are later determined by a court, regulatory body, or administrative agency to be or have been common law employees; (ii) interns (except as to major medical, dental and vision coverage, as offered by the Plan; or Wellness Centers, but only with respect to urgent/emergency, non-preventive/non-general wellness, care); or (iii) variable part-time employees.<br><br>Note that by adopting and maintaining these benefits, Google LLC has not entered into an employment contract with any employee.  Nothing in the Plan documents or in this Summary Plan Description gives any employee the right to be employed by Google LLC or to interfere with Google LLC's right to discharge any employee at any time. |
| **ERISA** | The Employee Retirement Income Security Act of 1974, as amended from time to time. |
| **Fixed Term Employee** | Any individual that Google LLC contemporaneously regards, classifies, or treats as a fixed term employee. |
| **HIPAA** | The Health Insurance Portability and Accountability Act of 1996, as amended from time to time. |
| **Insurance Policy** | The policies provided by the Insurers listed at Appendix A that describe the fully insured benefits under the Plan. The terms of the Insurance Policies are |

EXHIBIT A



| | |
|---|---|
| | described in an "Evidence of Coverage." |
| **Insurer** | The insurance companies listed at Appendix A that the Company has contracted with to provide insurance coverage.  Insurers process your claims with respect to the Plan's fully insured medical benefits.  These benefits are paid by the Insurer under the terms of the Insurance Policy. |
| **Internal Revenue Code or Code** | The Internal Revenue Code, as amended from time to time. |
| **Open Enrollment** | The annual enrollment opportunity designated by the Plan Administrator. |
| **Participating Employer** | Any other entity that adopts the Plan with the consent of the Company and as listed at Appendix B. |
| **Plan** | Google LLC Welfare Benefit Plan |
| **Plan Administrator** | Administrative Committee, Google LLC Welfare Benefit Plan |
| **Plan Document** | The formal wrap plan document that, along with this Summary Plan Description, the Benefits Booklets/Summaries, and Insurance Policies/Evidence of Coverage, constitute the plan document for purposes of ERISA.  The Plan Document includes information on plan administration, delegation, and amendment authority. |
| **Plan Sponsor** | Google LLC |
| **Plan Year** | The calendar year (January 1 – December 31) |
| **Qualified Medical Child Support Order (QMCSO)** | A final court or administrative order requiring an Eligible Employee to provide health care coverage for a Dependent Child, usually following a divorce or child custody proceeding, as defined in section 609(a)(2)(A) of ERISA. |
| **Spouse** | An individual who is married to an employee under the laws of any U.S. or foreign jurisdiction having the legal authority to sanction marriages and who is not legally separated under local law.  If two individuals are legally divorced, they are not spouses, absent a remarriage to each other. |
| **Summary Plan** | This booklet, which describes terms that apply to the benefits under the Plan and, when combined with the Insurance Policies/Evidence of Coverage and |

EXHIBIT A



| Description (SPD) | Benefits Summaries/Booklets provided by the applicable Insurers and Claims Administrators, constitute the Summary Plan Description that is required under ERISA. |
|---|---|

## ENROLLMENT

**New Hires – Automatic Enrollment**

Unless an affirmative election is made, newly hired Eligible Employees will be automatically enrolled in the following benefits as of date of hire:

- Medical – Employee Only (unless affirmatively opt out)

- Dental – Employee Only (unless affirmatively opt out)

- Vision – Employee Only (unless affirmatively opt out)

- Short Term Disability

- Long Term Disability

- Basic Life

- Accidental Death & Dismemberment (AD&D)

- Survivor Income Benefit, except Fixed Term Employees (who are ineligible for this benefit)

- Travel Insurance

- Business Travel Accident Insurance

- Google Wellness Centers (for certain locations)

- Employee Assistance Program (limited mental & behavioral health counseling)

**New Hires – Enrollment Required**

Newly hired Eligible Employees must enroll for coverage within 31 days for the following benefits (but see "New Hires – Automatic Enrollment," above, for automatic enrollment in Medical, Dental and Vision benefits):

EXHIBIT A



- Medical (if electing an option other than the default and/or adding Eligible Dependents)

- Dental (if adding Eligible Dependents)

- Vision (if adding Eligible Dependents)

- Prepaid Legal Services

- Supplemental Life

- Dependent Life

- Flexible Spending (see the Google LLC Flex Plan)

Coverage will be effective as of date of hire. Except as described in "New Hires – Automatic Enrollment," above, if you do not enroll within 31 days of your date of hire, you will have to wait until the next Open Enrollment period to enroll, unless you experience an event allowing a mid-year change, as described below.  Your elections are irrevocable and will remain in effect for the remainder of the Plan Year, unless you experience an event allowing a mid-year change, as described below.

For certain life insurance coverage, you may have to show evidence of insurability if you do not enroll as a new hire.  More information can be found in the Insurance Policies/Evidence of Coverage and Benefits Booklets/Summaries.

**No Automatic Enrollment in Dental & Vision if Enroll in Medical**

Medical, Dental, and Vision coverages are <u>not</u> linked.  You have the flexibility to affirmatively enroll in any combination of, or to opt out of any of, the three. Any contributions required for automatic (or affirmative) coverage will be deducted from your pay on a pre-tax basis, as permitted under the Internal Revenue Code.

**Open Enrollment**

You may enroll or change elections during the Plan's annual Open Enrollment period, in accordance with procedures established by the Company in its sole discretion.  Your elections are irrevocable and will remain in effect for the remainder of the Plan Year, unless you experience an event allowing a mid-year change, as described below.

**Enrollment in the Stanford Accountable Care Plan or the Pittsburgh Health Care Plan**

Eligible Employees that live in region(s) serviced by the Stanford Accountable Care Plan, or who work in the region(s) serviced by the Pittsburgh Health Care Plan, as further described in the applicable benefits booklet, are eligible to elect such coverage during the Plan's annual Open Enrollment period, upon hire, or during a Mid-Year Election Change event.

EXHIBIT A



**Eligible Dependents**

You must enroll your Eligible Dependents within the same timeframes for electing coverage as a new hire or during Open Enrollment.  Your Eligible Dependents can be enrolled in Medical, Dental, and Vision coverage only if you also are enrolled.  **Note: Merely adding the name and demographic information with respect to a new Eligible Dependent at go/gBenefits DOES NOT automatically enroll those dependents in any benefit plans/options.  You must** affirmatively **elect any coverage(s) desired for each new Eligible Dependent (e.g., medical, dental, vision) in addition to adding their name(s) and demographic information. The Plan reserves the right to refuse coverage to any Eligible Dependent unless you** affirmatively **elect coverage for her/him after you add her/his name and demographic information to your list of Eligible Dependents.**

**Mid-Year Election Enrollment (Medical, Dental and Vision): Qualified Medical Child Support Orders**

You may enroll a Dependent Child mid-year if required to do so through a Qualified Medical Child Support Order (QMCSO). A QMCSO is a court order that requires you to provide health coverage to your children. You may obtain a copy of the Company's procedures for QMCSO determinations, free of charge, by contacting the Plan Administrator.

**Mid-Year Enrollment (Medical, Dental and Vision): HIPAA Special Enrollment Events**

If you decline enrollment for Medical, Dental and/or Vision benefits for yourself or your Eligible Dependents because of other health insurance or group health plan coverage, you may be able to enroll yourself and your Eligible Dependents in the Medical, Dental and/or Vision benefits under this Plan mid-year if you or your Eligible Dependents lose eligibility for that other coverage (or if the other employer stops contributing towards your or your Eligible Dependents' other coverage).  However, you must request enrollment within 31 days after your Eligible Dependents' other coverage ends (or after the other employer stops contributing toward the other coverage).

In addition, if you have a new dependent as a result of marriage, birth, adoption, or placement for adoption, you may be able to enroll both yourself and any Eligible Dependents within 31 days after the marriage, birth, adoption, or placement for adoption.  **Note: Merely adding the name and demographic information with respect to a new Eligible Dependent at go/gBenefits DOES NOT automatically enroll those dependents in any benefit plans/options.  You must** affirmatively **elect any coverage(s) desired for each new Eligible Dependent (e.g., medical, dental and/or vision) in addition to adding their name(s) and demographic information. The Plan reserves the right to refuse coverage to any Eligible Dependent unless you** affirmatively **elect coverage for her/him after you add her/his name and demographic information to your list of Eligible Dependents.**

You also may enroll in Medical benefits mid-year if you or your Eligible Dependents no longer are eligible for Medicaid or a state Children's Health Insurance Program (CHIP) coverage, or if you or your Eligible Dependents become eligible for a state's premium assistance program under Medicaid or CHIP. You must request enrollment within 60 days from the date of the Medicaid/CHIP event.

EXHIBIT A



Assuming the applicable notification and election timeframes described above are met, your election change will generally be effective on the date of the event (for example, loss of coverage, birth, marriage date). Where you are dropping coverage for a Spouse or a Domestic Partner, a new Spouse or Domestic Partner cannot be added until the beginning of the following calendar month.

To request enrollment under these HIPAA special enrollment rules or to obtain more information, including possible extensions of time for enrollment in certain circumstances, contact the Plan Administrator at benefits@google.com.

**Mid-Year Election Changes (Pre-tax Benefits and Prepaid Legal Services): Change in Status Events**

You may make certain mid-year election changes that are being made on account of, and correspond to, certain events, but only as expressly provided in the Google LLC Flex Plan Summary Plan Description (go/benefitdocuments). For example, if you are eligible for a mid-year enrollment on account of the HIPAA special enrollment rules (see immediately above), you can change your pre-tax elections to correspond to that enrollment.

**Notification Required:  Eligible Dependents Who Lose Eligibility Mid-Year**

If your Eligible Dependent loses eligibility under the Plan mid-year, you (or, in some cases, the individual losing eligibility) must notify us within 31 days of the event's effective date in order for you to be allowed to make going-forward changes to your existing benefits elections. This loss of eligibility may happen, for example, upon a divorce, the dissolution of a domestic partnership or your child reaching a certain age. For purposes of this notification rule, a divorce's "effective date" is the date on which the final divorce decree is entered by the court (which may or may not line up with the date that the court finds that the divorce occurs, which is frequently a date in the past).  **If timely notice isn't provided, you may not make any going-forward changes to your existing benefit elections; however, even if timely notice isn't provided, if an individual has in fact lost eligibility under the Plan, then the Plan reserves the right to cancel that individual's coverage going-forward and, in some cases, rescind that individual's coverage retroactive to the date on which that eligibility was lost.** See the Retroactive Rescission of Coverage section, below.

Important note: There also may be *additional* adverse consequences for failing to provide timely notice that you or an Eligible Dependent has lost eligibility under the Plan. As one example, a Spouse (divorce), Domestic Partner (dissolution) or a Dependent Child (age) who loses eligibility may lose the right to elect COBRA continuation coverage unless timely notice of the event is provided (e.g., in order for your ex-Spouse to be eligible for COBRA, notice of a divorce is generally required within 60 days; See the COBRA section, below, and **go/COBRA**). Therefore, even if the 31-day deadline described above is missed, and so going-forward benefit elections may not be made, it is critically important that timely notice of these types of losses of coverage still be provided to the Plan so that your, or another individual's, other important rights won't be lost.

EXHIBIT A



## EMPLOYEE CONTRIBUTIONS

You and the Company share the cost of your benefits. Information describing your share of the cost for each option during a Plan Year will be available at enrollment and throughout the Plan Year.

**Pre-Tax Payroll Deductions:**

See the Google LLC Flex Plan Summary Plan Description at go/benefitdocuments for more detailed and comprehensive information and rules related to pre-tax payroll deductions for Medical, Dental and Vision plans; a Health, Limited Purpose Health or Dependent Care Flexible Spending Account and, if eligible, a Health Savings Account.

**Medical, Dental & Vision Benefits**

Your contributions for Medical, Dental, and Vision benefits, or to a Health, Limited Purpose Health or Dependent Care Flexible Spending Account are made by payroll deduction on a pre-tax basis, as allowed by Section 125 of the Internal Revenue Code.  This means that your contributions are deducted from your pay before taxes are withheld, lowering your taxable salary and also your income tax.  If your earnings are at or below the Social Security wage base, it will also lower your Social Security tax. See the Google LLC Flex Plan Summary Plan Description at go/benefitdocuments for more detailed and comprehensive information and rules.

**Post-Tax Payroll Deductions**

For any other benefits under the Plan for which an employee contribution is required, you must pay your portion of the cost on an after-tax basis (even if taken by payroll deduction).

**Important Domestic Partner Tax Considerations**

By default, your contributions toward your Domestic Partner's Medical, Dental, and Vision coverage will be withheld on a post-tax basis rather than a pre-tax basis.  In addition, the Company-paid portion of that coverage is generally taxable to you and treated as imputed income.  This means the portion of your employer contribution that covers your Domestic Partner is generally added to your income and subject to ordinary federal, FICA, state, local, and any other applicable payroll taxes. These amounts will be reflected on your paychecks throughout the year and will be reported on your W-2 Form at the end of each calendar year.  If your Domestic Partner qualifies as a dependent under the Internal Revenue Code, please follow these instructions when adding or modifying coverage for your Domestic Partner:

When adding a new domestic partner
- Sign into go/gbenefits
- Initiate an eligible life event and follow the steps to add your domestic partner
  - Once you input "Domestic Partner" as the relationship type, you'll see text appear underneath that reads: "Your domestic partner IS NOT your tax dependent (most cases).

EXHIBIT A



Uncheck this box if your domestic partner IS your tax dependent (rare). More info on tax dependent domestic partners: go/domesticpartner." Screenshot

- ■ If you domestic partner **is** your tax dependent, uncheck this box
- Click save

To edit this box for an existing domestic partner:

- Sign into go/gbenefits
- Click "Dependents" from the left side bar
- Under "Actions", click "edit" in the drop down for the dependent you'd like to edit
- If the relationship type is set to "Domestic Partner" you'll see the text: "Your domestic partner IS NOT your tax dependent (most cases). Uncheck this box if your domestic partner IS your tax dependent (rare). More info on tax dependent domestic partners: go/domesticpartner." Screenshot
  - ○ If you domestic partner **is** your tax dependent, uncheck this box
- Click save

EXHIBIT A



### WHEN YOUR COVERAGE ENDS

**When Coverage Ends**

Your coverage for medical, dental and vision benefits under the Plan will end on the earlier of:

- The last day of the month that your employment ends;

- The last day of the month that you are no longer an Eligible Employee;

- The date you fail to make any required contributions or monthly payments; or

- The date the Plan is amended to no longer provide a particular benefit or is terminated.

An Eligible Dependent's coverage for medical, dental and vision benefits under the Plan will end on the earlier of:

- The last day of the month that he or she is no longer an Eligible Dependent;

- The date you fail to make any required contributions or monthly payments;

- The date your coverage ends; or

- The date the Plan is amended to no longer provide a particular benefit or no longer offers coverage for dependents.

Under some circumstances, you or your Eligible Dependents may continue coverage through COBRA continuation coverage.  See the COBRA section and **go/COBRA**.

For all other Plan benefits, your coverage and an Eligible Dependent's coverage under this Plan generally ends on the date your employment ends (unless it ends earlier because the Plan is amended to no longer provide a particular benefit or because you are no longer an Eligible Employee or your dependent is no longer an Eligible Dependent).

**Retroactive Rescission of Coverage**

Any act, practice, or omission by a Plan participant that constitutes fraud, or makes an intentional misrepresentation of material fact is expressly prohibited by the Plan, and the Plan may rescind coverage retroactively as a result. Recission of coverage is in addition to any other actions the Plan may take, or remedies the Plan may have, including, but not limited to, cancellation of such coverage going forward (where claims may be denied going forward based on ineligibility). Any such fraudulent statements or intentional misrepresentations as to material facts, including on Plan enrollment forms and in electronic submissions, may invalidate any payment or claims for services rendered in the past and may be grounds for rescinding coverage.

EXHIBIT A



Because the Plan often relies on representations made by Eligible Employees and/or other individuals as to eligibility for coverage under the Plan, the term 'material fact' may include, but is not limited to, a fact that relates to an individual's eligibility for coverage. Moreover, a retroactive termination of coverage for an individual who lost eligibility for coverage in the past, or who was never eligible, may not be considered a "rescission" at all, and so the retroactive termination may occur even if there is no fraud or intentional misrepresentation. For example:

- If you and your Spouse divorce, your now ex-Spouse will lose coverage under the Plan on account of the divorce (unless, for example, s/he is an Eligible Employee in her/his own right). If the Plan isn't notified about the fact of the divorce -- a fact that relates to your ex-Spouse's eligibility for coverage -- then the Plan may terminate or rescind your ex-Spouse's coverage retroactively and going forward once the Plan becomes aware of the divorce.  Of course, if you timely notify the Plan about the divorce, you may be able to make certain changes to your benefit options going-forward (31 days; See the Notification Required: Eligible Dependents Who Lose Eligibility Mid-Year section, above) and/or your ex-spouse may be able to elect COBRA continuation coverage (60 days notice required; see the COBRA section, below, and **go/COBRA**).
- If you elect COBRA continuation coverage, and you or one of your Eligible Dependents subsequently gain other group health coverage, then COBRA continuation coverage is no longer available for any individual who gains such coverage. (see the COBRA section, below, and **go/COBRA**)  You are required to make timely notification to the Plan once such coverage is effective (see the applicable COBRA notices for the deadline). If you or one of your Eligible Dependents fails to make a timely notification to the Plan of such other group health coverage, then the Plan may terminate or rescind COBRA continuation coverage retroactively and going forward once the Plan becomes aware of such other group health coverage.
- If you intentionally misrepresent a fact related to one or more of the requirements for Domestic Partner coverage -- a fact that relates to your partner's eligibility -- then the Plan may terminate or rescind coverage retroactively and going forward.
- If you elect coverage for an individual who is not an Eligible Dependent (e.g., a parent, sibling, child who is not an Eligible Child, etc.), then the Plan may terminate or rescind coverage retroactively and going forward.

Where coverage is rescinded retroactively, claims that have been previously approved may be retroactively denied and you may be financially responsible for previously incurred expenses.

**Coverage During Leave of Absence**

Unless otherwise provided in the applicable Insurance Policy/Evidence of Coverage or Benefits Booklet/Summary:

If you are on an approved leave of absence and are receiving pay directly from the Company (e.g., an approved Personal Leave of up to 92 days), your elections and salary reduction contributions will continue in accordance with the elections you made.

If you are on an approved leave where you are not receiving pay directly from the Company, the

EXHIBIT A



Company will continue your coverage for the duration of time required under the Family and Medical Leave Act (FMLA), if any, or for such longer period as provided for in a leave of absence policies in effect at the time of your unpaid leave, if any.

**Military Leave**

If you take a military leave, whether for active duty or for training, your coverage under the Plan will continue while you are on leave.  You will not be required to pay any more than the contributions required for active employees.  You may make your employee contributions directly to the Plan while you are on military leave.  If you stop paying your contributions, the Company or Participating Employer**,** will pay your contributions for you while you are on military leave, but the Company may collect your contributions when you return to work.

If you take military leave and your coverage under the Plan is terminated, when you return to work, you will be treated as if you had been actively employed during your leave when determining whether any exclusion or waiting period applies to health plan coverages.  However, the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA) permits a health plan to impose an exclusion or waiting period for an illness or injury determined by the Secretary of Veterans Affairs to have been incurred or aggravated during performance of service in the uniformed services.

If you do not return to work at the end of your military leave, you may be entitled to purchase COBRA continuation coverage if you extended benefits for less than 18 months.

EXHIBIT A



### COBRA CONTINUATION COVERAGE

The Consolidated Omnibus Budget Reconciliation Act (COBRA) provides for continuation of Medical, Dental, and Vision coverage for "qualified beneficiaries" who lose their coverage due to a "qualifying event."  You (or your Eligible Dependent) must be offered the same Medical, Dental, and Vision coverage that you had the day before the qualifying event that caused you to lose coverage.

The cost of COBRA coverage will be the full cost of coverage (the employer plus employee portions), plus a 2% administrative fee.  When you enroll, you will receive a separate notice that gives more information on your COBRA rights.  You also will receive an election notice if you experience a qualifying event.

Our COBRA continuation coverage program is administered by a third party (the "COBRA administrator").  For more information about COBRA, please refer back to the intial COBRA notice you received when you were hired. If you still need help, please contact the COBRA administrator, whose contact information may be found at **go/COBRA** (internal) or obtained by contacting the Benefits department (**benefits@**).

**When You May Elect COBRA Coverage**

You may continue coverage for yourself and your covered Eligible Dependents for up to 18 months, if your Medical, Dental, or Vision coverage ends for one of the following reasons:

●      You separate from service with the Company or a Participating Employer (for reasons other than gross misconduct on your part); or

●      Your hours are reduced so that you are no longer eligible for the Plan.

If you—or any of your Eligible Dependents—are determined to be disabled (for Social Security benefit purposes) when your coverage ends, or within the first 60 days of COBRA coverage, coverage for your entire family may continue for a total of 29 months.

Your covered Eligible Dependents may elect to continue coverage for up to 36 months if coverage ends for one of the following reasons:

●      Your death;

●      Your divorce

●      The dissolution of your domestic partnership;

●      Your eligibility for Medicare during a COBRA continuation period; or

●      If your covered Dependent Child no longer meets the eligibility requirements under the Plan.

EXHIBIT A



**Applying for COBRA Coverage**

When your coverage ends, you or your Eligible Dependents have 60 days to elect continued coverage. The 60 days is counted from the day your active benefits end or the date your COBRA notice is mailed, whichever is later.  If you lose coverage due to separation from service or a reduction in work hours, you will automatically receive a notice of your COBRA rights.

In the case of a losing coverage on account of a divorce, dissolution of a domestic partnership, or when a child no longer qualifies for dependent coverage, **you or your Eligible Dependent must notify the COBRA administrator within 60 days of the event's effective date. These individuals will not be eligible for COBRA coverage unless you timely notify the COBRA administrator that they have lost eligibility for coverage**. For purposes of this notification rule, a divorce's "effective date" is the date on which the final divorce decree is entered by the court (which may or may not line up with the date that the court finds that the divorce occurred, which is frequently a date in the past).

**When COBRA Coverage Ends**

COBRA coverage will end if:

- The Company stops providing coverage for all employees;

- You or your Eligible Dependents do not pay your premiums on time;

- You or your Eligible Dependents become covered by another group health plan;*

- You or your Eligible Dependents become covered by Medicare;* or

- You or your Eligible Dependents extended COBRA coverage to 29 months due to disability, but are no longer considered disabled.*

    *You must notify the Plan if/when this happens. Please check the applicable COBRA notice for deadlines. Failure to provide timely notification may result in a retroactive termination of COBRA continuation coverage.  See the Retroactive Rescission of Coverage section, above.

**Summary Only**

This COBRA section of the Summary Plan Description is intended as a summary only.  If a COBRA notice issued by the COBRA Administrator conflicts with this summary, the COBRA notice will control.

EXHIBIT A



## FILING CLAIMS & APPEALS[1]

**Claims for Eligibility Determinations**

You must file any claims to establish your eligibility to participate in the Plan with the Company at benefits@google.com.

If you have a claim related to a specific coverage, treatment or benefit, even if your question relates to eligibility for Plan benefits, follow the instructions and procedures for *Claims for Benefits:* below.

**Claims For Benefits: Deadline to File Claims**

If you are covered under an Anthem or Kaiser Permanente medical plan option, refer to your Anthem or Kaiser Permanente Benefits Booklet or Insurance Policy/Evidence of Coverage Policy for specific procedures to file a claim for benefits or a related appeal.

To file a claim for benefits under a Health, Limited Purpose Health or Dependent Care Flexible Spending Account, please see the Google LLC Flex Plan Summary Plan Description at go/benefitdocuments.

Unless otherwise provided in the applicable Insurance Policy/Evidence of Coverage or Benefits Booklet/Summary, you must file a claim for benefits within 365 days following the date the service was rendered.  You should file your claim for benefits with the applicable Insurer or Claims Administrator listed at Appendix A.

**Claims for Benefits: Initial Claims**

Unless otherwise provided in the applicable Insurance Policy/Evidence of Coverage or Benefits Summary, your claim for benefits will be processed under the procedures described below.  If applicable, Insured benefits will be decided by the Insurer listed at Appendix A.  Self-funded benefits will be decided by the Claims Administrator listed at Appendix A.  **\*\*Note: the procedures listed below are default claims procedures and apply only when the applicable Insurance Policy/Evidence of Coverage or Benefits Summary doesn't provide for a specific claims procedure (Where it does, you <u>must</u> follow the specific claims procedure provided there).\*\***

---

[1] This Section ("Filing Claims & Appeals") is effective with respect to claims filed after April 1, 2018. Claims filed on or before April 1, 2018 will be handled in accordance with the "Filing Claims & Appeals" section of the Plan's 2017 Summary Plan Description.

EXHIBIT A



| | |
|---|---|
| **Medical, Dental, Vision, Employee Assistance Program, Wellness Centers**<br><br><br>***Urgent Claims***<br><br>Any claim for medical care or treatment where making a determination under the normal timeframes could seriously jeopardize your life or health or your ability to regain maximum function, or, in the opinion of a physician with knowledge of your medical condition, would subject you to severe pain that could not adequately be managed without the care or treatment that is the subject of the claim. | Notice of the Plan's determination will be sent as soon as possible taking into account the medical exigencies, and in no case later than 72 hours after receipt of the claim.<br><br>You may receive notice orally, in which case a written notice will be provided within 3 days of the oral notice.  If your urgent claim is determined to be incomplete, you will receive a notice to this effect within 24 hours of receipt of your claim, at which point you will have 48 hours to provide additional information.<br><br>If you request an extension of urgent care benefits beyond an initially determined period and make the request at least 24 hours prior to the expiration of the original determination, you will be notified within 24 hours of receipt of the request. |
| **Medical, Dental, Vision, Employee Assistance Program, Wellness Centers**<br><br>***Pre-Service Claims***<br><br>A claim for services that have not yet been rendered and for which the Plan requires prior authorization. | If your pre-service claim is improperly filed, you will be sent notification within five days of receipt of the claim.<br><br>If your pre-service claim is filed properly, a claims determination will be sent within a reasonable period of time appropriate to the medical circumstances, but no later than 15 days from receipt of the claim.<br><br>If the Insurer or Claims Administrator determines that an extension is necessary due to matters beyond control of the Plan, this time may be extended 15 days.  You will receive notice prior to the extension that indicates the circumstances requiring the extension and the date by which the Insurer or Claims Administrator expects to render a determination.  If the extension is necessary to request additional information, the extension notice will describe the required information, and you will be given at least 45 days to submit the information.  The Insurer or Claims Administrator then will make its determination within 15 days from the date the Plan receives your information, or, if earlier, the deadline to submit your information. |

EXHIBIT A



| | |
|---|---|
| **Medical, Dental, Vision, Employee Assistance Program, Wellness Centers**<br><br>*Post-Service Claims*<br><br>A claim for services that already have been rendered, or where the Plan does not require prior authorization. | Notice of the Plan's determination will be sent within a reasonable time period but not longer than 30 days from receipt of the claim.<br><br>If the Insurer or Claims Administrator determines that an extension is necessary due to matters beyond control of the Plan, this time may be extended 15 days.  You will receive notice prior to the extension that indicates the circumstances requiring the extension and the date by which the Insurer or Claims Administrator expects to render a determination.  If the extension is necessary to request additional information, the extension notice will describe the required information, and you will be given at least 45 days to submit the information.  The Insurer or Claims Administrator then will make its determination within 15 days from the date the Plan receives your information, or, if earlier, the deadline to submit your information. |
| **Medical, Dental, Vision, Employee Assistance Program, Wellness Centers**<br><br>*Concurrent Care Claims*<br><br>A claim that arises when there is a reduction or termination of ongoing care. | You will be notified if there is to be any reduction or termination in coverage for ongoing care sufficiently in advance of such reduction so that you will be able to appeal the decision before the coverage is reduced or terminated, unless such a reduction or termination is due to a Plan amendment or termination of the Plan. |
| **Disability Claims** | Notice of the Plan's determination will be sent within a reasonable time period, but not longer than 45 days from receipt of the claim.<br><br>If the Insurer or Claims Administrator determines that an extension is necessary due to matters beyond control of the Plan, this time may be extended for two additional 30-day periods.  You will receive notice prior to each extension that indicates the circumstances requiring the extension, the date by which the Insurer or Claims Administrator expects to render a determination, the standards on which entitlement to a benefit is based, and the unresolved issues that prevent a decision on the claim.  If the extension is necessary to request additional information, the extension notice will describe the required information, and you will be given at least 45 days to submit the information.  The Insurer or Claims Administrator then will make its determination within 30 days from the date the Plan receives your information, |

EXHIBIT A



| | |
|---|---|
| | or, if earlier, the deadline to submit your information. |
| **Life, AD&D, Travel Insurance, Business Travel Accident Insurance, Prepaid Legal Services** | Notice of the Plan's determination will be sent within a reasonable time period, but not longer than 90 days from receipt of the claim.<br><br>If the Insurer determines that an extension is necessary due to special circumstances, this time may be extended for an additional 90 days.  You will receive notice prior to the extension that indicates the special circumstances requiring the extension and the date by which the Insurer expects to render a determination. |

**Claims for Benefits: Appeals**

If you are covered under an Anthem or Kaiser Permanente medical plan option, refer to your Anthem or Kaiser Permanente Benefits Booklet or Insurance Policy/Evidence of Coverage for procedures to file a claim for benefits or related appeal.  See go/benefitdocuments

Unless otherwise stated in the applicable Insurance Policy/Evidence of Coverage or Benefits Booklet/Summary, you must file your appeal within the deadline set out in the chart below.  Requests for appeals should be sent to the address specified in the denial notice.

You will have the opportunity to submit written comments, documents, or other information in support of your appeal, and you will have access to all documents that are relevant to your claim.  Your appeal will be conducted by a person different from the person who made the initial decision.  No deference will be afforded to the initial determination.

If your claim involves a medical judgment question, the Insurer or Claims Administrator will consult with an appropriately qualified health care practitioner with training and experience in the field of medicine involved.  If a health care professional was consulted for the initial determination, a different health care professional will be consulted on appeal.  Upon request, the Insurer or Claims Administrator will provide you with the identification of any medical expert whose advice was obtained on behalf of the Plan in connection with your appeal.

A final decision on appeal will be made within the time periods specified below.

**\*Note: the procedures listed below are default appeal procedures and apply only when the applicable Insurance Policy/Evidence of Coverage or Benefits Summary doesn't provide for a specific appeal procedure (Where it does, you <u>must</u> follow the specific appeal procedure provided there).\***



| Medical, Dental, Vision, Employee Assistance Program, Wellness Centers | You must submit your appeal within 180 days of the date of your initial denial notice (or first level appeal notice, for second level appeals). |
|---|---|
| *Urgent Claims* | You will be notified of the determination as possible, taking into account the medical exigencies, but not later than 72 hours after receipt of the claim. |
| Medical, Dental, Vision, Employee Assistance Program, Wellness Centers | You must submit your appeal within 180 days of the date of your initial denial notice (or first level appeal notice, for second level appeals). |
| *Pre-Service Claims* | For both the first and second levels of appeal of a Pre-Service claim, you will be notified of the determination within a reasonable period of time taking into account the medical circumstances, but no later than 15 days from the date your request is received (30 days if there is only one level of appeal). |
| Medical, Dental, Vision, Employee Assistance Program, Wellness Centers | You must submit your appeal within 180 days of the date of your initial denial notice (or first level appeal notice, for second level appeals). |
| *Post-Service Claims* | For both the first and second levels of appeal of a Post-Service claim, you will be notified of the determination within a reasonable period of time, but no later than 30 days from the date your request is received (60 days from the date if there is only one level of review). |
| Disability Claims | You must submit your appeal within 180 days of the date of your initial denial notice. |
| | You will be notified of the determination within a reasonable time, but not later than 45 days from receipt of the request for review. |
| | If the Insurer or Claims Administrator determines that an extension is necessary due to special circumstances, this time may be extended for an additional 45 days.  You will receive notice prior to the extension that indicates the special circumstances requiring the extension and the date by which the Insurer or |

EXHIBIT A



| | Claims Administrator expects to render a determination.  If the extension is necessary to request additional information, the extension notice will describe the required information, and you will be given at least 45 days to submit the information.  The Insurer or Claims Administrator then will make its determination within 45 days from the date it receives your information, or, if earlier, the deadline to submit your information. |
|---|---|
| **Life, AD&D, Travel Insurance, Business Travel Accident Insurance, Prepaid Legal Services** | You must submit your appeal within 60 days of the date of your initial denial notice.<br><br>You will be notified of the determination within a reasonable time, but not later than 60 days from receipt of the request for review.<br><br>If the Insurer determines that an extension is necessary due to special circumstances, this time may be extended for an additional 60 days.  You will receive notice prior to the extension that indicates the special circumstances requiring the extension and the date by which the Insurer expects to render a determination. |

**Claims for Benefits: Notice of Determination**

If your claim or appeal is in part or wholly denied, you will receive notice of an adverse benefit determination that will:

- state specific reason(s) of the adverse determination;

- reference specific Plan provision(s) on which the benefit determination is based;

- describe additional material or information, if any, needed to perfect the claim and the reasons such material or information is necessary (initial claim only);

- describe the Plan's claims review procedures and the time limits applicable to such procedures (initial claim only);

- include a statement of your right to bring a civil action under section 502(a) of ERISA following appeal (for appeals of claims for Disability benefits provided the Disability claim was filed under the Plan after April 1, 2018, this statement will also describe any applicable contractual limitations period that applies to the claimant's right to bring such an action and the calendar date on which the contractual limitations period expires for the claim);

EXHIBIT A



- state that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claim for benefits (for Medical claims (appeal only); for claims for Disability benefits properly filed after April 1, 2018 (appeal only));

- describe any voluntary appeal procedures offered by the plan and your right to obtain information about such procedures (appeal only);

- disclose any internal rule, guidelines, or protocol relied on in making the adverse determination (or state that such information will be provided free of charge upon request);

- if the denial is based on a medical necessity or experimental treatment or similar limit, explain the scientific or clinical judgment for the determination (or state that such information will be provided free of charge upon request);

- include information sufficient to identify the claim involved, including date of service, health care provider, and claim amount (for Medical claims);

- include the denial code and corresponding meaning (for Medical claims);

- include a statement describing the availability, upon request, of the diagnosis code and its corresponding meaning and treatment code and its corresponding meaning (for Medical claims);

- describe the Claims Administrator's or Insurer's standard, if any, used in denying the claim (for Medical claims);

- describe the external review process, if applicable (for Medical claims); and

- include a statement about the availability of, and contact information for, any applicable office of health insurance consumer assistance or ombudsman established under health care reform laws to assist individuals with internal claims and appeals and external review processes (for Medical claims);

- include a discussion of the decision, including an explanation of the basis for disagreeing with or not the following: (i) the views presented by the claimant to the Plan of health care professionals treating the claimant and vocational professionals who evaluated the claimant; (ii) the views of medical or vocational experts whose advice was obtained on behalf of the Plan in connection with a claimant's adverse benefit determination, without regard to whether the advice was relied upon in making the benefit determination; and (iii) a disability determination regarding the claimant presented by the claimant to the

EXHIBIT A



Plan made by the Social Security Administration (for Disability claims and appeals for Disability claims provided the Disability claim was filed after April 1, 2018); and

- include either the specific internal rules, guidelines, protocols, standards or other similar criteria of the Plan relied upon in making the adverse determination or, alternatively, a statement that such rules, guidelines, protocols, standards or other similar criteria of the plan do not exist (for Disability claims and appeals for Disability claims provided the Disability claim was filed after April 1, 2018).

For initial claims, you also will receive notification of approval if your claim is an urgent or pre-service claim.  For appeals, you will receive a notice if your appeal is approved.

**Claims for Benefits: External Review**

For Medical benefits, you may have the right to request an independent review with respect to any claim that involves medical judgment or a rescission of coverage.  Your external review will be conducted by an independent review organization not affiliated with the Plan.  This independent review organization may overturn the Plan's decision, and the independent review organization's decision is binding on the Plan. Your appeal denial notice will include more information about your right to file a request for an external review and contact information.  You must file your request for external review within four months of receiving your final internal appeal determination.  Filing a request for external review will not affect your ability to bring a legal claim in court.  When filing a request for external review, you will be required to authorize the release of any medical records that may be required to be reviewed for the purpose of reaching a decision on the external review.  See your Benefits Summary/Booklet or Insurance Policy/Evidence of Coverage at go/benefitdocuments for more information.

**Deadline to Bring Legal Action**

You may not bring a lawsuit to recover benefits under this Plan until you have exhausted the administrative process described in this section and/or as listed in your Insurance Policy/Evidence of Coverage or Benefits Summary/Booklet.  No action may be brought at all unless brought no later than 365 days following a final decision on your claim for benefits, unless a shorter period is limited in your Insurance Policy/Evidence of Coverage or Benefits Summary/Booklet (in which case that time period controls).  This statute of limitations on suits for all benefits shall apply in any forum where you may initiate such suit.

EXHIBIT A



## COORDINATION OF BENEFITS

**Coordination with Other Plans**

Unless otherwise specified in the applicable Insurance Policy/Evidence of Coverage or Benefits Booklet/Summary, the Plan will coordinate benefits with any other group health plan that covers you or your Eligible Dependents under the rules below.

Other group health plans with which the Plan will coordinate include:

- other employer group health plan coverage for you or your Eligible Dependent;

- group, blanket, or franchise insurance coverage;

- no-fault motor vehicle laws;

- hospital service prepayment plan on a group basis, medical service prepayment plan on a group basis, group practice, or other prepayment coverage on a group basis;

- coverage under labor-management trusteed plans, union welfare plans, employer organization plans, or employee benefit organization plans; and

- as permitted by law, any coverage, including Medicare, under any tax-supported or government program.

The rules below determine whether this Plan or another plan will pay primary (first) or secondary.  In no case will you be entitled to benefits totaling more than 100% of the covered charges incurred or, where this plan pays primary, the covered charges otherwise payable under this Plan.

**Order of Benefit Determination**

- If the other plan does not have a coordination of benefits provision, it is the primary pan.

- If the first plan covers a person as other than a dependent and the second plan covers such person as a dependent, the first plan is the primary plan, where permitted by law.

- If both plans covers a dependent, the plan of the enrollee whose birthday occurs earlier in the calendar year is the primary plan.

- If the first plan covers a child of divorced or separated parents as a dependent of the parent whom a court has declared to be responsible for the child's health care, the first plan is the primary plan. However, if no court decree is in effect, the following rules apply:

EXHIBIT A



- if the first plan covers the child as a dependent of the parent who has custody of the child and such parent has not remarried, the first plan is the primary plan; and

- if the first plan covers the child as a dependent of the parent who has custody of the child and such parent has remarried, the first plan and the plan of the stepparent are each considered the primary plan;

● If the first plan covers a person as an active employee or as a dependent of an active employee and the second plan covers such person as a retired or laid-off employee or as a dependent of a retired or laid-off employee, the first plan is the primary plan.

● If a person is receiving continuation coverage under this Plan and is also covered under another plan, the following shall be the order of benefit determination: first, the benefits of a plan covering the person as an employee (or as the person's dependent); and second, the benefits under the continuation coverage.  If the other plan does not have this rule, and if, as a result, the plans do not agree on the order of benefits, this rule is ignored.

● If the rules above do not establish a primary plan and a secondary plan, the plan that has covered the individual for the longer period of time is the primary plan.

**Facility of Payment**

If any other group health plan provides or pays benefits that should have been provided or paid under this Plan, the Plan has the right to pay over to the other plan the amount the Plan Administrator determines is necessary to satisfy this coordination of benefit provision.  These amounts are considered benefit payments under this Plan and will operate to discharge the Plan from liability to the extent of such payments.

EXHIBIT A



## RIGHT OF RECOVERY / SUBROGATION

**Reimbursement to Plan if You Recover Payment for an Injury or Illness**

Unless otherwise stated in the applicable Insurance Policy/Evidence of Coverage or Benefits Booklet/Summary, any benefits under the Plan will be subject to the reimbursement and subrogation rules below.  **This section applies to your Eligible Dependent the same as it applies to you.**

This section applies if you or your legal representative, estate or heirs recover money or other property for an injury, sickness or other condition, or if you have made, or in the future may make, such a recovery, including a recovery from any insurance carrier.

The Plan will not cover either the reasonable value of the services to treat such an injury, sickness, or other condition or the treatment of such an injury, sickness, or other condition.  These benefits are specifically excluded.

The Plan may, however, advance moneys or provide benefits for such an injury, sickness, or other condition, and, if so, you must promptly convey moneys or other property from any settlement, arbitration award, verdict, insurance payment, or other recovery from any party to the Plan in the amount of moneys or of the benefits advanced or provided by the Plan to you, regardless of whether or not (1) you have been fully compensated or made whole for your loss, (2) liability is admitted by you or any other party, or (3) your recovery is itemized or specified as a recovery for medical expenses incurred.

If a recovery is made, the Plan shall have first priority in payment over you or any other party to receive reimbursement of the moneys and value of the other benefits advanced on your behalf.  This reimbursement shall be from any recovery made by you and includes, but is not limited to, uninsured and underinsured motorist coverage, any no-fault insurance, medical payment coverage (auto, homeowners, or otherwise), workers' compensation settlement, compromises or awards, other group insurance (including student plans), and direct recoveries from liable parties.

You must assign to the Plan any benefits you may have under any automobile policy or other coverage, to the extent of the Plan's claim for reimbursement.  You must sign and deliver, at the request of the Plan or its agents, any documents needed to effect such assignment of benefits.

You must cooperate with the Plan and its agents and shall sign and deliver such documents as the Plan or its agents reasonably request to protect the Plan's right of reimbursement, provide any relevant information, and take such actions as the Plan or its agents reasonably request to assist the Plan making a full recovery of the reasonable value of the moneys or other benefits provided.

You shall not take any action that prejudices the Plan's rights of reimbursement and consents to the right of the Plan, by and through its agent, to impress an equitable lien or constructive trust on the proceeds of any recovery to enforce the Plan's rights under this section, and/or to set off from any future benefits otherwise payable under the Plan the value of moneys and other benefits advanced under this section to the extent not recovered by the Plan.

EXHIBIT A



The Plan shall be responsible only for those legal fees and expenses to which it agrees in writing. You shall not incur any expenses on behalf of the Plan in pursuit of the Plan's rights.  Specifically, no court costs or attorney's fees may be deducted from the Plan's recovery without the express written consent of the Plan.  Any so-called "Fund Doctrine," "Common Fund Doctrine," "Attorney's Fund Doctrine," or other equitable defenses shall not defeat this right.

The Plan shall recover the full amount of moneys and the value of the benefits advanced and paid hereunder, without regard to any claim or fault on the part of any beneficiary of yours, whether under comparative negligence or otherwise.

**Plan's Right to Subrogation**

This section applies if another party is, or may be considered, liable for your injury, sickness, or other condition (including insurance carriers who are so financially liable).

The Plan will not cover either the reasonable value of the services to treat such an injury, sickness, or other condition or the treatment of such an injury, sickness, or other condition.  These benefits are specifically excluded.

The Plan may, however, advance moneys or provide benefits for such an injury, sickness, or other condition, and, if so, the Plan is subrogated to all of your rights against any party liable for your injury, sickness, or other condition, or who is or may be liable for the payment for the medical treatment of such injury, sickness, or other condition (including any insurance carrier), in the amount of moneys or value of other benefits advanced or provided by the Plan to you.  The Plan may assert this right independently of you.  This right includes, but is not limited to, your rights under uninsured and underinsured motorist coverage, any no-fault insurance, medical payment coverage (auto, homeowners, or otherwise), workers' compensation coverage, or other insurance.  The Plan is not obligated in any way to pursue this right independently or on your behalf, but may choose to pursue its rights to reimbursement under the Plan, at its sole discretion.

You are obligated to cooperate with the Plan and its agents to protect the Plan's subrogation rights.  Your obligations include, but are not limited to, providing the Plan or its agents with any relevant information requested by them, signing and delivering such documents as the Plan or its agents reasonably request to enforce the Plan's subrogation right, and obtaining the consent of the Plan or its agents before releasing any party from liability for payment of medical expenses.

If you enter into litigation or settlement negotiations relating to your injury, sickness or other condition, you must not prejudice, in any way, the subrogation rights of the Plan under this section.  If you fail to cooperate as provided in this section, including executing any documents required in this section, the Plan may, in addition to remedies provided elsewhere in the Plan and/or under the law, set off from any future benefits otherwise payable under the Plan the money and value of other benefits advanced under this section to the extent not recovered by the Plan.

The costs of legal representation of the Plan in matters related to subrogation shall be borne solely by the

EXHIBIT A



Plan.  The costs of your legal representation shall be borne solely by you.

**Equitable Lien**

By accepting any benefits advanced by the Plan under this section, you acknowledge that any proceeds of settlement or judgment, including your claim to such proceeds held by another person or held by you, are being held for the benefit of the Plan under these provisions.  If the Plan advances moneys or provides benefits for an injury, sickness, or other conditions, and you recover moneys or benefits from a third party in the amount of the moneys or benefits advanced, the Plan has an equitable lien in connection with any such payments.  Failure to hold such received funds in trust, and in a separate, identifiable account, will be deemed a breach of your fiduciary duty to the Plan.

**Notice**

You specifically agree to notify the Plan in writing whenever benefits are paid under the Plan that arise out of any injury, sickness, or other condition that provides or may provide the Plan subrogation or reimbursement rights.  Furthermore, you specifically agree to notify the Plan: (1) within 30 days of the date any notice is given by any party, including an attorney, of its intent to pursue or investigate a claim to recover damages or obtain compensation due to an injury, sickness, or other condition; or (2) within 30 days of the date any party, including an attorney, undertakes, pursues, or investigates a claim to recover damages or obtain compensation due to an injury, sickness, other condition.

**Waiver**

The Plan Administrator in its sole and absolute discretion may waive or modify any or all of the provisions of this rule.

EXHIBIT A



## OTHER LEGAL INFORMATION

**Applicable Law**

The Plan and all rights hereunder are governed by and construed, administered, and regulated in accordance with the provisions of ERISA, HIPAA, and the Code to the extent applicable, and to the extent not preempted by ERISA, the laws of the California, without giving effect to its conflicts of laws provision.  The Plan may not be interpreted to require any person to take any action, or fail to take any action, if to do so would violate any applicable law.

**Plan Amendment & Termination**

The Company has the right to amend or terminate the Plan at any time.  This reservation of the right to amend or terminate benefits applies to benefits for current employees and their dependents and also to retired or terminated employees and their survivors or dependents.  Nothing in this document or other communication from the Company or its delegee with respect to the Plan shall be deemed to create or imply a continuing obligation by the Company to provide or fund benefits to current employees or their dependents or survivors, or retired or terminated employees or their dependents or survivors.

All amendments to the Plan shall be in writing, and any oral statements or representations made by any individual or entity that purport to alter, modify, amend, or are inconsistent with the written terms of the Plan shall be invalid and unenforceable and may not be relied upon by any individual or entity.

**Merger or Consolidation**

In the event of any dissolution, merger, consolidation, or reorganization of the Company in which the Company is not the survivor, the Plan shall terminate with respect to the Company and its Eligible Employees unless the Plan is continued by the successor to the Company and such successor agrees to be bound by the terms and conditions of the Plan.

**Nonalienation of Benefits**

No benefit, right, or interest of any Eligible Employee or Eligible Dependent under the Plan shall be subject to anticipation, alienation, sale, transfer, assignment, pledge, encumbrance, charge, garnishment, execution, or levy of any kind, either voluntary or involuntary, including any liability for, or subject to, the debts, liabilities, or other obligations of such person, except as otherwise required by law; any attempt to anticipate, alienate, sell, transfer, assign, pledge, encumber, charge, garnish, execute, or levy upon, or otherwise dispose of any right to benefits payable hereunder, shall be void.  Notwithstanding the foregoing, the Plan may choose to remit payments directly to health care providers with respect to covered services, if authorized by the Eligible Employee or Eligible Dependent, but only as a convenience to such Eligible Employee or Eligible Dependent.  Health care providers are not, and shall not be construed as, either "participants" or "beneficiaries" under this Plan and have no rights to receive benefits from the Plan or to pursue legal causes of action on behalf of (or in place of) Eligible Employees and/or Eligible Dependents under any circumstances.

EXHIBIT A



**Missing Persons**

If the Plan Administrator, Insurer, or Claims Administrator (as applicable) cannot locate an individual covered under the Plan, after making a reasonably diligent effort, including by giving written notice addressed to the individual's last known address as shown by the records of the Plan, the amount payable to the individual is forfeited in the time period provided in the Plan's "Uncashed Checks" policy (see below).

**Uncashed Checks**

If a check to you for benefits under the Plan remains uncashed for 90 days after issue, amounts attributable to such check shall be forfeited to the Plan. In such event, you shall have no further claim to such amount for any reason.

**Plan's Right to Recover Overpayments**

Payments are made in accordance with the provisions of the Plan, including the Plan Document, this Summary Plan Description, and the applicable Benefits Booklets or Insurance Policies/Evidence of Coverage. If it is determined that payment was made for an ineligible charge or that other insurance was considered primary, the Plan has the right to recover the overpayment. The Plan (or any Claims Administrator or Insurer) will attempt to collect the overpayment from the party to whom the payment was made. However, the Plan reserves the right to seek overpayment from any participant, beneficiary or dependent. Failure to comply with this request will entitle the Plan to withhold benefits due a participant, beneficiary or dependent. In addition, the Plan has the right to engage an outside collection agency to recover overpayments on the Plan's behalf if the Plan's collection effort is not successful.

In addition, if the overpayment is made to a provider, the Plan (or Claims Administrator or Insurer) may reduce or deny benefits, in the amount of the overpayment, for otherwise covered services for current and/or future claims with the provider on behalf of any participant, beneficiary, or dependent in the Plan. If a provider to whom an overpayment was made has patients who are participants in other health and welfare plans administered by the Claims Administrator or Insurer, the Claims Administrator or Insurer may reduce payments otherwise owed to the provider from such other health plans by the amount of the overpayment.

EXHIBIT A



## LEGAL NOTICES

### HIPAA Privacy Notice

**THIS NOTICE OF PRIVACY PRACTICES DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.**

This Notice of Privacy Practices (the "Notice") describes the legal obligations of certain group health plans sponsored by Google LLC ("Google") and your legal rights regarding your protected health information held by those plans under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). Among other things, this Notice describes how your protected health information may be used or disclosed to carry out treatment, payment, or health care operations, or for any other purposes that are permitted or required by law.

The Notice applies to the following Google group health plans (the "Plans" or "We"), all of which are "wrapped" together in this Welfare Benefit Plan, along with certain other benefit plans sponsored by Google:

- Medical Plan (including the Wellness Centers)
- Dental Plan
- Vision Plan
- Health or Limited Purpose Health FSA
- Employee Assistance Plan

We are required to provide this Notice to you pursuant to HIPAA.

The "HIPAA Privacy Rule" protects only certain medical information known as "protected health information." Generally, protected health information is individually identifiable health information, including demographic information, collected from you or created or received by a health care provider, a health care clearinghouse, a health plan, or your employer on behalf of a group health plan (like, the Plans), that relates to:

- your past, present or future physical or mental health or condition;
- the provision of health care to you; or
- the past, present or future payment for the provision of health care to you.

Neither Google nor the Plans consider enrollment or disenrollment data (e.g., enrolling or disenrolling in benefits via gBenefits) to be protected health information. Google gathers and maintains this data in its capacity as an employer. Even if such data was protected health information, the Plans are permitted under HIPAA to disclose it to Google. In addition, information that is "de-identified" under HIPAA is not considered protected health information and may be used or disclosed by the Plans other than as described in this Notice.

If you have any questions about this Notice or about our privacy practices, please contact the HIPAA Privacy Official (see the last page of this Notice for contact information).

EXHIBIT A



**Effective Date**

This Notice is effective January 1, 2018.

**The Plans' Responsibilities**

We are required by law to:

- maintain the privacy of your protected health information;
- provide you with certain rights with respect to your protected health information;
- provide you with a copy of this Notice of our legal duties and privacy practices with respect to your protected health information; and
- follow the terms of the Notice that is currently in effect.

We reserve the right to change the terms of this Notice and to make new provisions regarding your protected health information that we maintain, as allowed or required by law. If we make any material change to this Notice, we will revise it and let you know about the revision.

**How The Plans May Use and Disclose Your Protected Health Information**

Under the law, we may use or disclose your protected health information under certain circumstances without your permission. The following categories describe the different ways that we may use and disclose your protected health information. For each category of uses or disclosures we will explain what we mean and present some examples. Not every use or disclosure in a category will be listed. However, all of the ways we are permitted to use and disclose information will fall within one of the categories.

**For Treatment.** We may use or disclose your protected health information to facilitate medical treatment or services by health care providers. We may disclose medical information about you to providers, including doctors, nurses, technicians, medical students, or other hospital personnel who are involved in taking care of you. For example, we might disclose information about your prior prescriptions to a pharmacist to determine if prior prescriptions contraindicate a pending prescription. Or, for purposes of coordinating care, we might share the name of your primary care physician for purposes of emergency medical services.

**For Payment.** We may use or disclose your protected health information to determine your eligibility for Plan benefits, to facilitate payment for the treatment and services you receive from health care providers, to determine benefit responsibility under a Plan, or to coordinate Plan coverage. For example, we may tell your health care provider about your medical history to determine whether a particular treatment is experimental, investigational, or medically necessary, or to determine whether the Plan will cover the treatment. We may also share your protected health information with a utilization review or precertification service provider. Likewise, we may share your protected health information with another entity to assist with the adjudication or subrogation of health claims or to another health plan to coordinate benefit payments.

**For Health Care Operations.** We may use and disclose your protected health information for other Plan operations. These uses and disclosures are necessary to run the Plans. For example, we may use medical information in connection with conducting quality assessment and improvement activities; underwriting, premium rating, and other activities relating to Plan coverage; submitting claims for stop-loss (or excess-loss) coverage; conducting or arranging for medical review, legal services, audit services, and fraud & abuse detection programs; business planning and development such as cost management; and business management and general Plan

EXHIBIT A



administrative activities.  Note that the Genetic Information Nondiscrimination ACT (GINA) prohibits the use of protected health information that is genetic information for underwriting purposes.

**To Business Associates.** We may contract with individuals or entities known as "Business Associates" to perform various functions on the Plans' behalf or to provide certain types of services. In order to perform these functions or to provide these services, Business Associates will receive, create, maintain, use and/or disclose your protected health information, but only after they agree in writing with us to implement appropriate safeguards regarding your protected health information. For example, we may disclose your protected health information to a Business Associate to administer claims or to provide support services, such as utilization management, pharmacy benefit management or subrogation, but only after the Business Associate enters into a Business Associate contract with us.  Business Associates generally have to comply with the HIPAA Privacy Rule, too.

**As Required by Law.** We will disclose your protected health information when required to do so by federal, state or local law. For example, we may disclose your protected health information when required by national security laws or public health disclosure laws.

**To Avert a Serious Threat to Health or Safety.** We may use and disclose your protected health information when necessary to prevent a serious threat to your health and safety, or the health and safety of the public or another person. Any disclosure, however, would only be to someone able to help prevent the threat. For example, we may disclose your protected health information in a proceeding regarding the licensure of a physician.

**To Google (but, generally, only as necessary for plan administration).** For the purpose of administering the plan, we may disclose your protected health information to certain Google employees. However, those employees will only use or disclose that information as necessary to perform plan administration functions or as otherwise required by HIPAA, unless you have authorized further disclosures. Your protected health information cannot be – and will not be -- used for employment purposes without your specific authorization.  We may also disclose enrollment or disenrollment information that is otherwise protected health information to Google.

## Special Situations

In addition to the above, the following categories describe other possible ways that we may use and disclose your protected health information. For each category of uses or disclosures, we will explain what we mean and present some examples. Not every use or disclosure in a category will be listed. However, all of the ways we are permitted to use and disclose information will fall within one of the categories.

**Organ and Tissue Donation.** If you are an organ donor, we may release your protected health information to organizations that handle organ procurement or organ, eye, or tissue transplantation or to an organ donation bank, as necessary to facilitate organ or tissue donation and transplantation.

**Specialized Government Functions.** We may disclose your protected health information for the purposes of specialized government functions such as disclosures deemed necessary by military authorities, correctional institutions, or authorized federal officials for the conduct of national security activities.

EXHIBIT A



**Workers' Compensation.** We may release your protected health information for workers' compensation or similar programs. These programs provide benefits for work-related injuries or illness.

**Public Health Risks.** We may disclose your protected health information for public health actions. These actions generally include the following:

- to prevent or control disease, injury, or disability;
- to report births and deaths;
- to report child abuse or neglect;
- to report reactions to medications or problems with products;
- to notify people of recalls of products they may be using;
- to notify a person who may have been exposed to a disease or may be at risk for contracting or spreading a disease or condition;
- to notify the appropriate government authority if we believe that a patient has been the victim of abuse, neglect, or domestic violence. We will only make this disclosure if you agree, or when required or authorized by law.

**Health Oversight Activities.** We may disclose your protected health information to a health oversight agency for activities authorized by law. These oversight activities include, for example, audits, investigations, inspections, and licensure. These activities are necessary for the government to monitor the health care system, government benefit programs (e.g., Medicare and Medicaid), and compliance with civil rights laws.

**Lawsuits and Disputes.** If you are involved in a lawsuit or a dispute, we may disclose your protected health information in response to a court or administrative order. We may also disclose your protected health information in response to a subpoena, discovery request, or other lawful process by someone else involved in the dispute, but only if efforts have been made to tell you about the request or to obtain an order protecting the information requested.

**Law Enforcement.** We may disclose your protected health information if asked to do so by a law enforcement official—

- in response to a court order, subpoena, warrant, summons or similar process;
- to identify or locate a suspect, fugitive, material witness, or missing person;
- about the victim of a crime if the individual agrees to the disclosure or, under certain limited circumstances, we are unable to obtain the victim's agreement;
- about a death that we believe may be the result of criminal conduct; and
- about criminal conduct.

**Coroners, Medical Examiners and Funeral Directors.** We may release protected health information to a coroner or medical examiner. This may be necessary, for example, to identify a deceased person or determine the cause of death. We may also release medical information about patients to funeral directors, as necessary to carry out their duties.

**Research.** We may disclose your protected health information to researchers when:

EXHIBIT A



- the individual identifiers have been removed; or

- when an institutional review board or privacy board has reviewed the research proposal and established protocols to ensure the privacy of the requested information, and approves the research.

**Required Disclosures**

The following is a description of disclosures of your protected health information we are required to make.

**Government Audits.** We are required to disclose your protected health information to the Secretary of the United States Department of Health and Human Services when the Secretary is investigating or determining our compliance with the HIPAA privacy rule.

**Disclosures to You.** When you request, we are required to disclose to you the portion of your protected health information that contains medical records, billing records, and any other records used to make decisions regarding your health care benefits. We are also required, when requested, to provide you with an accounting of most disclosures of your protected health information if the disclosure was for reasons other than for payment, treatment, or health care operations, and if the protected health information was not disclosed pursuant to your individual authorization.

**Other Disclosures**

**Personal Representatives.** We will disclose your protected health information to individuals authorized by you, or to an individual designated as your personal representative, attorney-in-fact, etc., so long as you provide us with a written notice/authorization and any supporting documents (i.e., power of attorney). Note: Under the HIPAA Privacy Rule, we do not have to disclose information to a personal representative if we have a reasonable belief that:

- you have been, or may be, subjected to domestic violence, abuse or neglect by such person; or

- treating such person as your personal representative could endanger you; and

- in the exercise of professional judgment, it is not in your best interest to treat the person as your personal representative.

**Family Member or Close Friend.** We may disclose your protected health information to a family member or close friend that you have identified and who is directly involved in your care or payment for your care.

**To Notify a Family Member or Other Individual Involved in Your Care.** We may disclose your protected health information to notify a family member or other individual involved in your care or your location, general condition, or death, or to a public or private entity authorized by law or its charter to assist in disaster relief efforts to make such notifications.

**Spouses, Domestic Partners, and Other Family Members.** With only limited exceptions, we will send all mail to the employee. This includes mail relating to the employee's spouse, domestic partner, and other family members who are covered under the Plan, and includes mail with information on the use of Plan benefits by the employee's spouse, domestic partner, and other

EXHIBIT A



family members and information on the denial of any Plan benefits to the employee's spouse, domestic partner, and other family members. If a person covered under the Plan has requested Restrictions or Confidential Communications (see below under "Your Rights"), and if we have agreed to the request, we will send mail as provided by the request for Restrictions or Confidential Communications.

**Authorizations.** Other uses or disclosures of your protected health information not described above will only be made with your written authorization. We will obtain your written authorization to use or disclose protected health information for marketing purposes if we are to receive financial remuneration, for the sale of any protected health information, or with respect to psychotherapy notes, except for limited health care operations purposes. You may revoke written authorization at any time, so long as the revocation is in writing. Once we receive your written revocation, it will only be effective for future uses and disclosures. It will not be effective for any information that may have been used or disclosed in reliance upon the written authorization and prior to receiving your written revocation.

**Stricter State Privacy Laws**

Under the HIPAA privacy and security rules, we are required to comply with State laws, if any, that also are applicable and are not contrary to HIPAA (for example, where state laws may be stricter). We maintain a policy to ensure compliance with these laws.

**Your Rights**

You have the following rights with respect to your protected health information:

**Right to Inspect and Copy.** You have the right to inspect and copy certain protected health information that may be used to make decisions about your health care benefits, including the right to request certain electronic copies of your protected health information. To inspect and copy your protected health information, you must submit your request in writing to benefits@google.com. If you request a copy of the information, we may charge a reasonable fee for the costs of copying, mailing, or other supplies associated with your request.

We may deny your request to inspect and copy in certain very limited circumstances. If you are denied access to your medical information, you may request that the denial be reviewed by submitting a written request to benefits@google.com.

**Right to Amend.** If you feel that the protected health information we have about you is incorrect or incomplete, you may ask us to amend the information. You have the right to request an amendment for as long as the information is kept by or for the Plan.

To request an amendment, your request must be made in writing and submitted to benefits@google.com. In addition, you must provide a reason that supports your request.

We may deny your request for an amendment if it is not in writing or does not include a reason to support the request. In addition, we may deny your request if you ask us to amend information that:

- is not part of the medical information kept by or for the Plan;
- was not created by us, unless the person or entity that created the information is no longer available to make the amendment;
- is not part of the information that you would be permitted to inspect and copy; or

EXHIBIT A



- is already accurate and complete.

If we deny your request, you have the right to file a statement of disagreement with us and any future disclosures of the disputed information will include your statement.

**Right to an Accounting of Disclosures.** You have the right to request an "accounting" of certain disclosures of your protected health information. The accounting will not include (1) disclosures for purposes of treatment, payment, or health care operations; (2) disclosures made to you; (3) disclosures made pursuant to your authorization; (4) disclosures made to friends or family in your presence or because of an emergency; (5) disclosures for national security purposes; and (6) disclosures incidental to otherwise permissible disclosures.

To request this list or accounting of disclosures, you must submit your request in writing to benefits@google.com. Your request must state a time period of not longer than six years and may not include dates before April 14, 2003 (or the date your coverage began, if later). Your request should indicate in what form you want the list (for example, paper or electronic). The first list you request within a 12-month period will be provided free of charge. For additional lists, we may charge you for the costs of providing the list. We will notify you of the cost involved and you may choose to withdraw or modify your request at that time before any costs are incurred.

**Right to Request Restrictions.** You have the right to request a restriction or limitation on your protected health information that we use or disclose for treatment, payment, or health care operations. You also have the right to request a limit on your protected health information that we disclose to someone who is involved in your care or the payment for your care, such as a family member or friend. For example, you could ask that we not use or disclose information about a surgery that you had.

Except as provided in the next paragraph, we are not required to agree to your request. However, if we do agree to the request, we will honor the restriction until you revoke it or we notify you.

We will comply with any restriction request if (1) except as otherwise required by law, the disclosure is to a health plan for purposes of carrying out payment or health care operations (and is not for purposes of carrying out treatment); and (2) the protected health information pertains solely to a health care item or service for which the health care provider involved has been paid out-of-pocket in full.

To request restrictions, you must make your request in writing to benefits@google.com. In your request, you must tell us (1) what information you want to limit; (2) whether you want to limit our use, disclosure, or both; and (3) to whom you want the limits to apply—for example, disclosures to your spouse.

**Right to Request Confidential Communications.** You have the right to request that we communicate with you about medical matters in a certain way or at a certain location. For example, you can ask that we only contact you at work or by mail.

To request confidential communications, you must make your request in writing to benefits@google.com. We will not ask you the reason for your request. Your request must specify how or where you wish to be contacted. We will accommodate all reasonable requests if you clearly provide information that the disclosure of all or part of your protected information could endanger you.

**Right to Be Notified of a Breach.** You have the right to be notified in the event that we (or a Business Associate) discover a breach of unsecured protected health information.

EXHIBIT A



**Right to a Paper Copy of This Notice.** You have the right to a paper copy of this notice. You may ask us to give you a copy of this notice at any time. Even if you have agreed to receive this notice electronically, you are still entitled to a paper copy of this notice.  Please note that the Plans reserve the right to change their HIPAA Privacy Rule policies and procedures and this Notice at any time.  The Plans reserve the right to make the revised or changed Notice effective for protected health information the Plans already have about you as well as any protected health information the Plans receive in the future.  If the Plans materially change their Privacy Rule policies and procedures, this Notice will be revised so that you will have a current summary of those policies and procedures.  The revised Notice will apply to all of your protected health information.

To obtain a paper copy of this notice, please send a request to [benefits@google.com](mailto:benefits@google.com).

**Complaints**

If you believe that your privacy rights have been violated, you may file a complaint with the Plan or with the Office for Civil Rights of the United States Department of Health and Human Services. To file a complaint with the Plan, contact our **HIPAA Privacy Official**, Teri Wisness (twisness@google.com). All complaints must be submitted in writing.

You will not be penalized, or in any other way retaliated against, for filing a complaint with the Office for Civil Rights or with us.

EXHIBIT A



**CHIPRA Notice**

**Premium Assistance Under Medicaid and the Children's Health Insurance Program (CHIP)**

If you or your children are eligible for Medicaid or CHIP and you're eligible for health coverage from your employer, your state may have a premium assistance program that can help pay for coverage, using funds from their Medicaid or CHIP programs.  If you or your children aren't eligible for Medicaid or CHIP, you won't be eligible for these premium assistance programs but you may be able to buy individual insurance coverage through the Health Insurance Marketplace.  For more information, visit www.healthcare.gov.

If you or your dependents are already enrolled in Medicaid or CHIP and you live in a State listed below, contact your State Medicaid or CHIP office to find out if premium assistance is available.

If you or your dependents are NOT currently enrolled in Medicaid or CHIP, and you think you or any of your dependents might be eligible for either of these programs, contact your State Medicaid or CHIP office or dial 1-877-KIDS NOW or www.insurekidsnow.gov to find out how to apply.  If you qualify, ask your state if it has a program that might help you pay the premiums for an employer-sponsored plan.

If you or your dependents are eligible for premium assistance under Medicaid or CHIP, as well as eligible under your employer plan, your employer must allow you to enroll in your employer plan if you aren't already enrolled.  This is called a "special enrollment" opportunity, and you must request coverage within 60 days of being determined eligible for premium assistance.  If you have questions about enrolling in your employer plan, contact the Department of Labor at www.askebsa.dol.gov or call 1-866-444-EBSA (3272).

If you live in one of the following states, you may be eligible for assistance paying your employer health plan premiums.  The following list of states is current as of **January 2018**.  Contact your State for more information on eligibility –

| ALABAMA – Medicaid | FLORIDA – Medicaid |
|---|---|
| Website: http://myalhipp.com/<br>Phone: 1-855-692-5447 | Website: http://flmedicaidtplrecovery.com/hipp/<br>Phone: 1-877-357-3268 |
| ALASKA – Medicaid | GEORGIA – Medicaid |
| The AK Health Insurance Premium Payment Program<br>Website:  http://myakhipp.com/<br>Phone:  1-866-251-4861<br>Email:  CustomerService@MyAKHIPP.com<br>Medicaid Eligibility:<br>http://dhss.alaska.gov/dpa/Pages/medicaid/default.aspx | Website: http://dch.georgia.gov/medicaid<br>- Click on Health Insurance Premium Payment (HIPP)<br>Phone: 404-656-4507 |

EXHIBIT A



| ARKANSAS – Medicaid | INDIANA – Medicaid |
|---|---|
| Website: http://myarhipp.com/<br>Phone: 1-855-MyARHIPP (855-692-7447) | Healthy Indiana Plan for low-income adults 19-64<br>Website: http://www.in.gov/fssa/hip/<br>Phone: 1-877-438-4479<br>All other Medicaid<br>Website: http://www.indianamedicaid.com<br>Phone 1-800-403-0864 |
| **COLORADO – Health First Colorado (Colorado's Medicaid Program) & Child Health Plan Plus (CHP+)** | **IOWA – Medicaid** |
| Health First Colorado Website:<br>https://www.healthfirstcolorado.com/<br>Health First Colorado Member Contact Center:<br>1-800-221-3943/ State Relay 711<br>CHP+: Colorado.gov/HCPF/Child-Health-Plan-Plus<br>CHP+ Customer Service: 1-800-359-1991/<br>State Relay 711 | Website:<br>http://dhs.iowa.gov/ime/members/medicaid-a-to-z/hip<br>p<br>Phone: 1-888-346-9562 |

| KANSAS – Medicaid | NEW HAMPSHIRE – Medicaid |
|---|---|
| Website: http://www.kdheks.gov/hcf/<br>Phone: 1-785-296-3512 | Website: https://www.dhhs.nh.gov/ombp/nhhpp/<br>Phone: 603-271-5218<br>Hotline:  NH Medicaid Service Center at 1-888-901-4999 |
| KENTUCKY – Medicaid | NEW JERSEY – Medicaid and CHIP |
| Website:<br>http://chfs.ky.gov/dms/default.htm<br>Phone: 1-800-635-2570 | Medicaid Website:<br>http://www.state.nj.us/humanservices/<br>dmahs/clients/medicaid/<br>Medicaid Phone: 609-631-2392<br>CHIP Website: http://www.njfamilycare.org/index.html<br>CHIP Phone: 1-800-701-0710 |
| LOUISIANA – Medicaid | NEW YORK – Medicaid |
| Website:<br>http://dhh.louisiana.gov/index.cfm/su<br>bhome/1/n/331<br>Phone: 1-888-695-2447 | Website: https://www.health.ny.gov/health_care/medicaid/<br>Phone: 1-800-541-2831 |

EXHIBIT A



| MAINE – Medicaid | NORTH CAROLINA – Medicaid |
|---|---|
| Website:<br>http://www.maine.gov/dhhs/ofi/public-assistance/index.html<br>Phone: 1-800-442-6003<br>TTY: Maine relay 711 | Website:  https://dma.ncdhhs.gov/<br>Phone:  919-855-4100 |
| MASSACHUSETTS – Medicaid and CHIP | NORTH DAKOTA – Medicaid |
| Website:<br>http://www.mass.gov/eohhs/gov/departments/masshealth/<br>Phone: 1-800-862-4840 | Website: http://www.nd.gov/dhs/services/medicalserv/medicaid/<br>Phone: 1-844-854-4825 |
| MINNESOTA – Medicaid | OKLAHOMA – Medicaid and CHIP |
| Website:<br>http://mn.gov/dhs/people-we-serve/seniors/health-care/health-care-programs/programs-and-services/medical-assistance.jsp<br>Phone: 1-800-657-3739 | Website: http://www.insureoklahoma.org<br>Phone: 1-888-365-3742 |
| MISSOURI – Medicaid | OREGON – Medicaid |
| Website:<br>https://www.dss.mo.gov/mhd/participants/pages/hipp.htm<br>Phone: 573-751-2005 | Website: http://healthcare.oregon.gov/Pages/index.aspx<br>http://www.oregonhealthcare.gov/index-es.html<br>Phone: 1-800-699-9075 |
| MONTANA – Medicaid | PENNSYLVANIA – Medicaid |
| Website:<br>http://dphhs.mt.gov/MontanaHealthcarePrograms/HIPP<br>Phone: 1-800-694-3084 | Website:<br>http://www.dhs.pa.gov/provider/medicalassistance/healthinsurancepremiumpaymenthippprogram/index.htm<br>Phone: 1-800-692-7462 |
| NEBRASKA – Medicaid | RHODE ISLAND – Medicaid |
| Website:<br>http://www.ACCESSNebraska.ne.gov<br>Phone: (855) 632-7633<br>Lincoln: (402) 473-7000<br>Omaha: (402) 595-1178 | Website: http://www.eohhs.ri.gov/<br>Phone: 855-697-4347 |
| NEVADA – Medicaid | SOUTH CAROLINA – Medicaid |

EXHIBIT A



| Medicaid Website:<br>https://dhcfp.nv.gov<br>Medicaid Phone:  1-800-992-0900 | Website: https://www.scdhhs.gov<br>Phone: 1-888-549-0820 |
|---|---|

| SOUTH DAKOTA - Medicaid | WASHINGTON – Medicaid |
|---|---|
| Website: http://dss.sd.gov<br>Phone: 1-888-828-0059 | Website:<br>http://www.hca.wa.gov/free-or-low-cost-health-care/program-administration/premium-payment-program<br>Phone:  1-800-562-3022 ext.  15473 |
| **TEXAS – Medicaid** | **WEST VIRGINIA – Medicaid** |
| Website: http://gethipptexas.com/<br>Phone: 1-800-440-0493 | Website:  http://mywvhipp.com/<br>Toll-free phone: 1-855-MyWVHIPP<br>(1-855-699-8447) |
| **UTAH – Medicaid and CHIP** | **WISCONSIN – Medicaid and CHIP** |
| Medicaid Website: https://medicaid.utah.gov/<br>CHIP Website: http://health.utah.gov/chip<br>Phone: 1-877-543-7669 | Website:<br>https://www.dhs.wisconsin.gov/publications/p1/p10095.pdf<br>Phone: 1-800-362-3002 |
| **VERMONT– Medicaid** | **WYOMING – Medicaid** |
| Website: http://www.greenmountaincare.org/<br>Phone: 1-800-250-8427 | Website: https://wyequalitycare.acs-inc.com/<br>Phone: 307-777-7531 |
| **VIRGINIA – Medicaid and CHIP** | |
| Medicaid Website:<br>http://www.coverva.org/programs_premium_assistance.cfm<br>Medicaid Phone:  1-800-432-5924<br>CHIP Website:<br>http://www.coverva.org/programs_premium_assistance.cfm<br>CHIP Phone: 1-855-242-8282 | |

EXHIBIT A



To see if any other states have added a premium assistance program since **January 2018**, or for more information on special enrollment rights, contact either:

| | |
|---|---|
| U.S.  Department of Labor | U.S.  Department of Health and Human Services |
| Employee Benefits Security Administration | Centers for Medicare & Medicaid Services |
| www.dol.gov/agencies/ebsa | www.cms.hhs.gov |
| 1-866-444-EBSA (3272) | 1-877-267-2323, Menu Option 4, Ext.  61565 |

EXHIBIT A



**Medicare Part D Notice**

**Important Notice About Your Prescription Drug Coverage and Medicare**

Please read this notice carefully and keep it where you can find it. This notice has information about your current prescription drug coverage with the Google LLC Welfare Benefit Plan (the "Plan") and about your options under Medicare's prescription drug coverage. This information can help you decide whether or not you want to join a Medicare drug plan. If you are considering joining, you should compare your current coverage, including which drugs are covered at what cost, with the coverage and costs of the plans offering Medicare prescription drug coverage in your area. Information about where you can get help to make decisions about your prescription drug coverage is at the end of this notice.

There are two important things you need to know about your current coverage and Medicare's prescription drug coverage:

1. Medicare prescription drug coverage became available in 2006 to everyone with Medicare. You can get this coverage if you join a Medicare Prescription Drug Plan or join a Medicare Advantage Plan (like an HMO or PPO) that offers prescription drug coverage. All Medicare drug plans provide at least a standard level of coverage set by Medicare. Some plans may also offer more coverage for a higher monthly premium.

2. Google LLC has determined that the prescription drug coverage offered by the Plan is, on average for all plan participants, expected to pay out as much as standard Medicare prescription drug coverage pays and is therefore considered Creditable Coverage. Because your existing coverage is Creditable Coverage, you can keep this coverage and not pay a higher premium (a penalty) if you later decide to join a Medicare drug plan.

**When Can You Join A Medicare Drug Plan?**

You can join a Medicare drug plan when you first become eligible for Medicare and each year from October 15th to December 7th.

However, if you lose your current creditable prescription drug coverage, through no fault of your own, you will also be eligible for a two (2) month Special Enrollment Period (SEP) to join a Medicare drug plan.

**What Happens To Your Current Prescription Drug Coverage If You Decide to Join A Medicare Drug Plan?**

If you decide to join a Medicare drug plan, your current Plan prescription drug coverage will be affected. If you do decide to join a Medicare drug plan and drop your current Plan prescription drug coverage, be aware that you and your dependents will be able to get this coverage back.

**When Will You Pay A Higher Premium (Penalty) To Join  A Medicare Drug Plan?**

EXHIBIT A



You should also know that if you drop or lose your current Plan prescription drug coverage and don't join a Medicare drug plan within 63 continuous days after your current coverage ends, you may pay a higher premium (a penalty) to join a Medicare drug plan later.

If you go 63 continuous days or longer without creditable prescription drug coverage, your monthly premium may go up by at least 1% of the Medicare base beneficiary premium per month for every month that you did not have that coverage. For example, if you go nineteen months without creditable coverage, your premium may consistently be at least 19% higher than the Medicare base beneficiary premium. You may have to pay this higher premium (a penalty) as long as you have Medicare prescription drug coverage. In addition, you may have to wait until the following October to join.

**For More Information About This Notice Or Your Current  Prescription Drug Coverage...**

Contact the person listed below for further information. NOTE: You'll get this notice each year. You will also get it before the next period you can join a Medicare drug plan, and if this coverage through the Plan changes. You also may request a copy of this notice at any time.

**For More Information About Your Options Under Medicare  Prescription Drug Coverage...**

More detailed information about Medicare plans that offer prescription drug coverage is in the "Medicare & You" handbook. You'll get a copy of the handbook in the mail every year from Medicare. You may also be contacted directly by Medicare drug plans.  For more information about Medicare prescription drug coverage: Visit www.medicare.gov.

Call your State Health Insurance Assistance Program (see the inside back cover of your copy of the "Medicare & You" handbook for their telephone number) for personalized helpCall 1-800-MEDICARE (1-800-633-4227). TTY users should call 1-877-486-2048.  If you have limited income and resources, extra help paying for Medicare prescription drug coverage is available. For information about this extra help, visit Social Security on the web at www.socialsecurity.gov, or call them at 1-800-772-1213 (TTY 1-800-325-0778).

Remember: Keep this Creditable Coverage notice. If you decide to join one of the Medicare drug plans, you may be required to provide a copy of this notice when you join to show whether or not you have maintained creditable coverage and, therefore, whether or not you are required to pay a higher premium (a penalty).

**Date:** 2018

**Name of Entity/Sender:** Google LLC Welfare Benefit Plan

**Contact--Position/Office:** benefits@google.com

EXHIBIT A



### Women's Health & Cancer Rights Act

Under the Women's Health & Cancer Rights Act of 1998, group health plans covering a mastectomy must also provide coverage for breast reconstruction performed in connection with the mastectomy.  Coverage must be provided for:

- Reconstruction of the breast

- Surgery and reconstruction of the breast for symmetrical appearance; and

- Prostheses and physical complications in all stages of mastectomy.

### Newborns' & Mothers' Health Protection Act

Group health plans and health insurance issuers generally may not, under Federal law, restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a cesarean section. However, Federal law generally does not prohibit the mother's or newborn's attending provider, after consulting with the mother, from discharging the mother or her newborn earlier than 48 hours (or 96 hours as applicable). In any case, plans and issuers may not, under Federal law, require that a provider obtain authorization from the plan or the insurance issuer for prescribing a length of stay not in excess of 48 hours (or 96 hours).

### Summaries of Benefits & Coverage (SBCs)

As an Eligible Employee, the health benefits available to you represent a significant component of your compensation package.  They also provide important protection for you and your family in the case of illness or injury.

Your Plan offers a series of health coverage options.  Choosing a health coverage option is an important decision.  To help you make an informed choice, your Plan makes available a Summary of Benefits and Coverage (SBC), which summarizes important information about any health coverage option in a standard format, to help you compare across options.

The SBCs are available on the web at **go/benefitdocuments**:

A paper copy is also available, free of charge, by contacting the Insurer and/or Claims Administrator (see **go/benefits** for contact information).

### ERISA Rights Statement

As a participant in Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 ("ERISA") with respect to the benefits indicated as covered by ERISA (see Appendix A).  Specifically, ERISA provides that you are entitled to:

EXHIBIT A



**Receive Information About Your Plan and Benefits**

You may examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the Plan, including insurance contracts and collective bargaining agreements, and a copy of the latest Annual Report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration (formerly the Pension and Welfare Benefit Administration).

You may obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements, and copies of the latest Annual Report (Form 5500 Series) and updated Summary Plan Description, including this ERISA Rights Statement.  The Plan Administrator may  make a reasonable charge for the copies.

You may receive a summary of the Plan's Annual Financial Report.  The Plan Administrator is required by law to furnish each Participant with a copy of this summary.

You may also obtain a statement telling you whether you have a right to receive a pension at normal retirement age and, if so, what your benefits would be at normal retirement age if you stop working under the plan now.  If you do not have a right to a pension, the statement will tell you how many more years you have to work to be eligible for a pension.  This statement must be requested in writing and is not required to be given more than once every 12 months.  The plan must provide the statement free of charge.

**Continue Group Health Plan Coverage**

You may continue health care coverage for yourself, spouse or dependents if there is a loss of coverage under any Plan that is a group health plan as a result of a qualifying event.  You or your dependents may have to pay for that coverage.  Review the summary plan description, the applicable COBRA notices and the documents governing the Plan on the rules governing your COBRA continuation coverage rights.

**Prudent Action by Plan Fiduciaries**

In addition to creating rights for Plan participants, ERISA imposes duties upon the people who are responsible for the operation of the Plan.  The people who operate the Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Plan participants and beneficiaries.  No one, including your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a benefit or exercising your rights under ERISA.

**Enforce Your Rights**

If your claim for a benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

EXHIBIT A



Under ERISA, there are steps you can take to enforce the above rights.  For instance, if you request a copy of Plan documents or the latest Annual Report from the Plan and do not receive them within 30 days, you may file suit in a Federal court.  In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the Administrator.  If you have a claim for benefits that is denied or ignored, in whole or in part, you may file suit in a state or Federal court.  In addition, if you disagree with the Plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical support order, you may file suit in Federal court.  If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court.  The court will decide who should pay court costs and legal fees.  If you are successful, the court may order the person you have sued to pay these costs and fees.  If you lose, the court may order you to pay these costs and fees if, for example, it finds your claim is frivolous.

**Assistance With Your Questions**

If you have any questions about the Plan, you should contact the Plan Administrator.  If you have any questions about this ERISA Rights Statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue, NW, Washington, DC  20210.  You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

EXHIBIT A



## APPENDIX A

## BENEFITS UNDER THE PLAN & CONTACT INFORMATION

This Summary Plan Description should be read in connection with the applicable Insurance Policy/Summary and/or Evidence of Coverage or Benefits Summary/Booklet provided by the Insurers or Claims Administrators listed at below.  These documents are available at **go/benefitdocuments**, or at locations indicated below.

If you have general questions regarding the Plan, please contact the Plan Administrator.  However, if you have questions concerning claims and appeals or the amount of benefits payable under the Plan, please refer to the applicable Insurer or Claims Administrator listed below.

| MAJOR MEDICAL BENEFITS | |
|---|---|
| **Anthem PPO** | <ul><li>Self-Funded</li><li>Covered by ERISA</li><li>Group Number: 174134M2A1</li><li>For details, see PPO Benefits Booklet:</li><li>Claims Administrator:</li></ul> Anthem Blue Cross Life and Health Insurance Company<br>21555 Oxnard Street<br>Woodland Hills, CA 91367<br>855-GOOGMED (855-466-4633)<br>http://www.ghealthcare.com |
| **Anthem EPO** | <ul><li>Self-Funded</li><li>Covered by ERISA</li><li>Group Number: 174134M3A1</li><li>For details, see EPO Benefits Booklet:</li><li>Claims Administrator:</li></ul> Anthem Blue Cross Life and Health Insurance Company<br>21555 Oxnard Street<br>Woodland Hills, CA 91367<br>855-GOOGMED (855-466-4633) |

EXHIBIT A



| | |
|---|---|
| | http://www.ghealthcare.com |
| **Google Health Investment Plan (gHIP) - Anthem**<br><br>High Deductible Health Plan Option<br><br>Can be paired with a Health Savings Account (HSA) and/or Limited Purpose FSA | ● Self-Funded<br><br>● Covered by ERISA<br><br>● Group Number: 174134M1A1<br><br>● For details, see gHIP Benefits Booklet:<br><br>● Claims Administrator:<br><br>  Anthem Blue Cross Life and Health Insurance Company<br>  21555 Oxnard Street<br>  Woodland Hills, CA 91367<br>  855-GOOGMED (855-466-4633)<br>  http://www.ghealthcare.com |
| **Progyny Fertility Benefits** | ● Self-Funded<br><br>● Covered by ERISA (part of group health plan)<br><br>● For details, see Progyny Benefits Booklet:<br><br>● Claims Administrator:<br><br>  Progyny; 1-888-461-4997 |
| **Stanford Accountable Care Plan (gHIP Select)** | ● Self-Funded<br><br>● Covered by ERISA<br><br>● Group Number: 868477-11<br><br>● For details see Aetna gHIP Select with Stanford Health Care Benefits Booklet<br><br>● Claims Administrator:<br><br>  Aetna Life Insurance Company<br>  151 Farmington Avenue<br>  Hartford, CT 06156<br>  (see member card for phone #)<br>  www.Aetna.com |
| **Aetna Preferred (Pittsburgh Only)** | ● Self-Funded |

EXHIBIT A



| | |
|---|---|
| | - Covered by ERISA<br><br>- Group Number: 868478-12<br><br>- For details, see Aetna Preferred Benefits Booklet:<br><br>- Claims Administrator:<br><br>Aetna Life Insurance Company<br>151 Farmington Avenue<br>Hartford, CT 06156<br>866-644-1607<br>www.Aetna.com |
| **Aetna EPO (Pittsburgh Only)** | - Self-Funded<br><br>- Covered by ERISA<br><br>- Group Number: 868478-11<br><br>- For details, see Aetna EPO Benefits Booklet:<br><br>- Claims Administrator:<br><br>Aetna Life Insurance Company<br>151 Farmington Avenue<br>Hartford, CT 06156<br>866-644-1607<br>www.Aetna.com |
| **Aetna gHIP (Pittsburgh Only)** | - Self-Funded<br><br>- Covered by ERISA<br><br>- Group Number: 868478-13<br><br>- For details, see Aetna gHIP Benefits Booklet:<br><br>- Claims Administrator:<br><br>Aetna Life Insurance Company<br>151 Farmington Avenue<br>Hartford, CT 06156<br>866-644-1607<br>www.Aetna.com |
| **Kaiser Permanente HMO** | - Fully Insured |

EXHIBIT A



| Northern California | <ul><li>Covered by ERISA</li><li>Policy Number: 39717</li><li>For details, see Summary & Evidence of Coverage:</li><li>Insurer:</li></ul> Kaiser Permanente<br>P.O. Box 12923<br>Oakland, CA 94604-2923<br>800-464-4000<br>www.kaiserpermanente.org |
|---|---|
| **Kaiser Permanente HMO**<br><br>**Southern California** | <ul><li>Fully Insured</li><li>Covered by ERISA</li><li>Policy Number: 229038</li><li>For details, see Summary & Evidence of Coverage:</li><li>Insurer:</li></ul> Kaiser Permanente<br>P.O. Box 12923<br>Oakland, CA 94604-2923<br>800-464-4000<br>www.kaiserpermanente.org |
| **U.S. Expat Medical Plan** | <ul><li>Fully Insured</li><li>Covered by ERISA</li><li>Group Number: 469452</li><li>For details, see Benefits Booklet:</li><li>Claims Administrator:</li></ul> Aetna International<br>PO Box 981543<br>El Paso, TX  79998-1543<br>800-231-7729 (international toll-free)<br>aiservice@aetna.com |

EXHIBIT A



| | www.aetnainternational.com |
|---|---|
| **DENTAL & VISION BENEFITS** | |
| **Dental Plan** | • Self Funded<br><br>• Covered by ERISA<br><br>• Policy Number: 2460-0001<br><br>• For details, see Insurance Policy/Evidence of Coverage:<br><br>***Delta Dental Evidence of Coverage & Disclosure Form***<br><br>• Insurer:<br><br>Delta Dental<br>PO Box 997330<br>Sacramento, CA 95899-7330<br>800-765-6003<br>www.deltadental.org |
| **Vision Plan** | • Self-Funded<br><br>• Covered by ERISA<br><br>• Group Number: 12 123834 00001<br><br>• For details, see Benefits Booklet:<br><br>***VSP Evidence of Coverage & Disclosure Form***<br><br>• Claims Administrator:<br><br>Vision Service Plan (VSP Signature)<br>3333 Quality Drive<br>Rancho Cordova, CA 95670<br>800-877-7195<br>www.vsp.com |
| **DISABILITY BENEFITS** | |
| **Short-Term Disability (non-State Mandated)** | • Self-Funded by Google LLC |

EXHIBIT A



| (Employees in California, Hawaii, New York, New Jersey, and Rhode Island may be covered under those individual state short-term disability plans, which are not covered under this SPD.) | ● Covered by ERISA<br><br>● For details, see Benefits Booklet (non-State Mandated STD)<br><br>***Disability Income Coverage: Short Term Benefits***<br><br>● Claims Administrator (non-State Mandated STD):<br><br>Sedgwick<br>P.O. Box 14424<br>Lexington, KY 40512<br>1-844-888-9393<br>sedgwick_leaves@sedgwickcms.com |
| --- | --- |
| **Long-Term Disability** | ● Fully Insured<br><br>● Covered by ERISA<br><br>● Policy Number: 119114-1-G<br><br>● For details, see Insurance Policy/Evidence of Coverage:<br><br>***Google Long-Term Disability Coverage for Group Contract Number 119114-1***<br><br>● Insurer:<br><br>Metropolitan Life Insurance Company ("MetLife")<br>P.O. Box 6100<br>Scranton, PA 18505-6100<br>866-729-9200 |
| **LIFE AND TRAVEL INSURANCE BENEFITS** | |
| ● Basic Group Term Life<br><br>● Voluntary Group Term Life<br><br>● Dependent Group Term Life<br><br>● Accidental Death & Dismemberment (AD&D) Insurance | ● Fully Insured<br><br>● Covered by ERISA<br><br>● Policy Number: 119114-1-G<br><br>● For details, see Insurance Policy/Evidence of Coverage:<br><br>● Insurer:<br><br>Metropolitan Life Insurance Company ("MetLife") |

EXHIBIT A



| | |
|---|---|
| • Survivor Income Benefit | P.O. Box 6100<br>Scranton, PA 18505-6100<br>800-638-6420 (prompt #2) |
| **Travel Insurance**<br><br>**Medical Claims** | • Fully Insured<br><br>• Covered by ERISA<br><br>• Policy Number: 02335E<br><br>• For details, see Insurance Policy/Evidence of Coverage:<br><br>• Insurer:<br><br>CIGNA International<br>PO Box 15111<br>Wilmington, DE 19850<br>302-797-3100 |
| **Business Travel Accident Insurance**<br><br>**Non-Medical Claims** | • Fully Insured<br><br>• Covered by ERISA<br><br>• Policy Number: 6477-60-72<br><br>• For details, see Insurance Policy/Evidence of Coverage:<br><br>• Insurer:<br><br>Chubb Group of Insurance Companies<br>PO Box 1615<br>Warren, NJ 07061-1615<br>Wilmington, DE 19850<br>1-855-276-2410 (Toll Free)<br><br>• Medical evacuation and repatriation referrals through:<br><br>International SOS (Insured by Chubb); 866-518-1784 |
| **WELLNESS BENEFITS** | |
| **Employee Assistance Program** | • Self-Funded<br><br>• Covered by ERISA |

EXHIBIT A



| | |
|---|---|
| | - For details, see **go/EAP** (which constitutes the "Benefits Booklet" for EAP).<br><br>- Claims Administrator:<br><br>Concern: EAP<br><br>1503 Grant Street; Suite 120<br>Mountain View, CA 94040<br>800-344-4222<br>www.concern-eap.com |
| **Google Wellness Centers**<br><br>**On-Site Clinic** | - Self-Funded<br><br>- Covered by ERISA (part of group health plan)<br><br>- For details, see **go/wellnesscenter**  (which constitutes the "Benefits Booklet" for the Wellness Centers)<br><br>- Onsite Administrators:<br><br>One Medical Group (all locations)<br>130 Sutter Street, 2nd Floor<br>San Francisco, CA 94104<br>415-523-6317<br>www.onemedical.com<br><br>Kaiser Permanente (MTV only) |
| **Prepaid Legal Services** | - Covered by ERISA<br><br>- For details, see  Benefits Booklet:<br><br>***LegalAccess Benefits Booklet***<br><br>- Benefits Provided by: Nationwide<br><br>- Claims Administrator:<br><br>LegalEase; (866) 208-5142 |

EXHIBIT A



EXHIBIT A



**APPENDIX B**

**PARTICIPATING EMPLOYERS**

Alphabet

Calico

Chronicle

Flow

Google LLC

Google Capital

Google Ventures

Loon (July 1, 2018)

Owlchemy

Sidewalk / Flow

Verily

Waymo

Wing (July 1, 2018)