SHAHANE HARUTYUNYAN, ESQ. (SBN 311736)
KOLB CLARE & ARNOLD, PSC
9400 Williamsburg Plaza, Suite 200
Louisville, KY 40222
(818) 794-0399
(844) 557-4329 Facsimile
sharut@kcalegal.com

Attorneys for Plaintiff
Administrative Committee, Google LLC Welfare Benefit Plan

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADMINISTRATIVE COMMITTEE, GOOGLE LLC WELFARE BENEFIT PLAN<br><br>Plaintiff,<br>vs.<br><br>BORIS E. EFRON, A PROFESSIONAL LAW CORPORATION and ORNA BERRYMAN<br>Defendants. | CIVIL ACTION FILE NO. 5:22-CV-3154<br><br>**NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for the Administrative Committee, Google LLC Welfare Benefit Plan, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Administrative Committee, Google LLC Welfare Benefit Plan - Plaintiff

2. Boris E. Efron, a Professional Law Corporation – Defendant and presumed counsel for Orna Berryman
3. Orna Berryman – Defendant
4. Anthem Blue Cross Life and Health Insurance Company – Claims Administrator for the Google LLC Welfare Benefit Plan
5. Kolb Clare & Arnold, PSC – counsel for the Google LLC Welfare Benefit Plan

May 31, 2022

KOLB CLARE & ARNOLD, PSC

By: /s/ Shahane Harutyunyan

Shahane Harutyunyan
Kolb Clare & Arnold, PSC
9400 Williamsburg Plaza, Suite 200
Louisville, KY 40222
(818) 794-0399
(844) 557-4329 Facsimile
sharut@kcalegal.com